AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA ABATE, (DOB: XXXXXXXXX)<br>MICAH COOMER, (DOB: XXXXXXXX)<br>DODGE DALE HELLONEN, (DOB: XXXXXXXX)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23−mj−0014
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date 1/17/2023
Description: Complaint with Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of _____ Columbia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Kelsey Randall*

_____
*Complainant's signature*

Kelsey Randall, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 01/17/2023 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

ZIA M. FARUQUI, U.S. Magistrate Judge
_____
*Printed name and title*