IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **JOSHUA ABATE,** | : | 18 U.S.C. § 1752(a)(1), |
| **MICAH COOMER,** | : | (Entering and Remaining in a Restricted |
| **DODGE DALE HELLONEN,** | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2), |
| Defendants. | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D), |
| | : | (Violent Entry or Disorderly Conduct) |
| | : | 40 U.S.C. § 5104(e)(2)(G), |
| | : | (Parading, Demonstrating, or Picketing |
| | : | in a Capitol Building) |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal the criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of the criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrants are executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrants until they have been executed.

Date: January 17, 2023

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE