**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Criminal Case No: 1:23-cr-124-ACR**

UNITED STATES OF AMERICA,

v.

MICAH COOMER,

Defendant.
_______________________________________/

**DEFENDANT COOMER'S SENTENCING MEMORANDUM**

This memorandum is submitted on behalf of Micah Coomer for the Court's consideration in determining an appropriate sentence for the conduct to which he has pleaded guilty.

## INTRODUCTION

### Who is Micah Coomer?

Micah is a young man from Muncie, Indiana, a small Midwest college town in central Indiana. Without being the home of Ball State University, folks outside of Indiana would unlikely know of Muncie. Micah was raised like many small-town Indiana kids of Generation Z: politically and socially conservative because that's who most moms and dads are in those small Midwest towns. Family, church, school, and sports were typical mainstays of his and his friend's formative years. Micah did well in school, taking college-level courses before graduating, and played on High School sports teams.

In 2017, he enlisted in the U.S. Marines Delayed Entry Program. He shipped to Marine Corps boot camp on September 10, 2018, followed by Marine Combat Training and then his Occupational Specialty School in Texas. After his training pipeline regime and accompanying leave (vacation) periods, he arrived at Marine Corps Base Quantico in Stafford County on

September 9, 2019. He was introduced to his first Marine Corps unit, got his first actual barracks room assigned, and started his military career earnestly. Micah was on his own for the first time at 20 years old.

Although I'm an older Gen-X, I know Micah's upbringing and path are like many small-town Indiana kids because that's very close to how I grew up in southern Indiana and who I was in 1984 when I enlisted in the Marine Corps and traveled a similar path at 18. It was that way for my five high school friends who went into the Marines from our small Indiana town around the same time.

**What led Micah Coomer to Washington, DC, on January 6, 2021?**

When you grow up like Micah and get out of the small town and own your own for the first time, you either broaden your outlook by choice or circumstance or seek the comfort of what you know. For Micah, he found himself in Quantico, Virginia, in Stafford County - about 40 miles south of your courtroom.

Stafford is a conservative if you are not ensconced in the pre-planned semi-private utopias of aging McMansions and new-builds that feature schools, grocery stores and conveniences, and golf courses all within walking distance or a bike ride. Those commuter housing communities aren't quite accessible to the young single Marine who wants to get off base and explore. Once you exclude those communities, it feels much more like the middle third of Indiana.

Micah began meeting other Marines and making friends, including the two with whom he was charged. They were similarly minded, and while they were all about the same age, Dodge and Joshua had been in the Marine Corps longer. Being a younger adult and on his own, Micah consumed social media, played video games, and socialized with his friends in the barracks, on base, and in Stafford. At the time, he received most of his current events via Fox News, playing

around the base and other conservative sources on social media and podcasts because he didn't have cable in the barracks.

The court may remember social media was on fire as early as 2019 into 2020.[1] Leading up to the November 2019 election cycle, Virginia polls were trending blue, and National and Virginia news and social media were abuzz with 2nd Amendment fearmongering: if Virginia Democrats won, then gun rights were lost. The Virginia State Senate and the Virginia State House flipped Democrat in 2019. That wave led to the Virginia Citizens Defense League's Second Amendment rally at the Virginia capitol in Richmond. On January 20, 2020, around 20,000 protesters gathered to express their anger over newly elected Virginia Democrats' reported plans to pursue stricter gun control legislation.[2]

At this time, Micah was very supportive of the President; he appreciated the President's seeming support of the military with an iconic retired Marine General as his first Secretary of Defense and a well-respected retired Marine General as his Chief of Staff. The President seemed to be for the *little guy* the way he pardoned and commuted punishments for Soldiers and Sailors for actions occurring in Iraq and Afghanistan and fired those who challenged his directions. Also, many members of Congress supported the President, and Micah's former Indiana Governor was his Vice-President. While no election rallies were scheduled around Stafford, Micah and his two friends did make the trip to Richmond (in their personal capacity) to both show support for the Second Amendment and, for Micah, because he wanted to hear the speeches given by some of the famous and influential social media personalities he followed. Micah will tell you, at the time, it was inspiring, non-violent, and motivating.

---

[1] https://www.pewresearch.org/politics/2021/09/30/charting-congress-on-social-media-in-the-2016-and-2020-elections/

[2] https://www.adl.org/resources/blog/2020-richmond-lobby-day-blueprint-violent-year

Over the 2020 election cycle, Micah continued to consume social media and conservative news programs. At the same time, he was doing very well learning his new profession of being a Marine, and the nuances of his occupational specialty. Appended exhibits show his proficiency, and conduct marks reflect his progression.

In November 2020, Micah was able to vote (absentee) in his first Presidential Election and cast his vote to re-elect President Trump. The hype was very real to a now 21-year-old from a small town. When the results came in over the next few days, it looked as if President Trump had lost; however, Micah was inspired by his fight - challenging the alleged election problems. The chorus of influential politicians, influential news reporters (commentators is a better term), and high-paid lawyers all said there were problems, and the election was being stolen. Then Micah started seeing courts across the country ruling against the President and his lawyers in the cases they brought. Then he heard that judges whom the President appointed were ruling against him. It all became very confusing for Micah. The thought of President Trump losing or that he lost was disappointing to Micah, but he was not angry or crushed.

As the dominoes started to fall, so too did Micah's trust in the system. *Unsurprisingly*, at 21 years of age and out on his own for a little over a year, with almost every Republican (at least the vocal ones) screaming *Stop the Steal* and Democrats winning by deferring to the court processes, it created a good amount of confusion in Micah.

Micah and his two friends (Dodge and Joshua) heard about the January 6, 2021, rally on the ellipse, and they made loose plans to attend. Micah hoped to see the President and others he admired. Without a well-laid plan, on January 6, they went to work that morning, and they did not have to return after lunch that afternoon. After completing the morning's work, Micah returned to the Barracks where he lived, changed into civilian attire, and went to eat lunch.

Around this time, 16:26:06 UTC (11:26 am EST), Micah didn't even know if the Rally was still happening, leading him to send a message to an Instagram group he was following to ask if it was still happening and if anyone knew where to park.[3]

**Author** mrcoomer08 (Instagram: 6732741599)
**Sent** 2021-01-06 16:26:06 UTC
**Body** The protest is still happening today right? I'm trying to make my way up there. You know anywhere close that you can park at? ▯▯

After lunch, Micah met up with Dodge, and they drove to Joshua's house on base. From there, the trio went north to DC. As Micah drove across the 14th Street Bridge and was crossing the Mall, the three looked to the right, and it appeared to them the rally was at the U.S. Capitol. They continued north, parked at the Clara Barton Parking Garage, and walked south to the Capitol. When they arrived at the Capitol, Micah recalls there being a lot of people there, some watching and some yelling chants like, "Four More Years" and "Make America Great Again." There were people at the top of the stairs with bullhorns giving speeches and others in different places just yelling into a bullhorn. A lot of it he couldn't understand, and it felt very chaotic. Now, Micah knows they were outside what's called the Senate Side of the Capitol. While Micah didn't see what led up to it, after a while, people started going into the Capitol Building through what he now knows as the Senate Wing Door. Wrongfully, at 14:20 EST, Micah, Dodge, and Joshua entered as well.

## THE OFFENSE AND SENTENCING CONSIDERATIONS

### What did Micah Coomer do inside the U.S. Capitol on January 6, 2021?

In reviewing the CCTV video footage from an inside vantage point, there is clear evidence of a forced entry near the Senate Wing Door, i.e., there is glass on the floor underneath a nearby

[3] 0176-SD-3503399_0000026_1A0000008_0000001: Instagram Business Record page 89230

window. However, Micah and his friends walked through the opened Senate Wing Door. As he reflects today, he doesn't recall damage to the Senate Wing Door they entered but remembers people going in or out of a window near the door. He knows going in was wrong. Once inside, the trio began looking around, not really knowing what to do or where to go because none of this was planned. That is not to say Micah did not know better; he did.

They entered a non-descript hall and were off-and-on absorbed into a river of people walking in one direction and then another. Occasionally, one river of people met another walking in another direction, and they got turned around. Soon, they found themselves in the Capitol Rotunda, where they took selfies and other pictures. From there, they fumbled their way back and forth between Statutory Hall and the Rotunda, essentially looking around and taking pictures. When in a river of people, the trio did join in the catchphrases being chanted - but he and his friends were not the instigators. At one point, the trio put a "Make American Great Again" hat on a statue, took pictures, and removed the hat, leaving the statue undamaged. While in the Capitol, Micah also took a call from his mother - who admonished him to get out of there. He should have listened to his mom, and for that - he is still making amends. You will see her in the courtroom on the day of sentencing. She loves and supports her son, but she is not happy with him. Upon leaving the Capitol, the trio stayed in the vicinity of the Capitol steps, listening to people making speeches, and then they departed back to Quantico.

From the objective evidence and the statements of the three, they were appropriately charged for they were clearly parading/demonstrating in the Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G), and to that, Micah has pleaded guilty.

**Additional factual consideration for the court.**

I've appreciated the professionalism the U.S. Attorney's Office has demonstrated in Micah's case,

given the number of cases and the amount of discovery. However, I want to address a few factual disagreements in the government's sentencing memorandum and expound upon more for the Court's consideration.

The trio did not attend the rally on the ellipse.

Micah DID NOT attend the "Stop the Steal" rally on the ellipse. Micah wanted to attend and see the headliners speak on the stage, like Mayor Giuliani and, hopefully, President Trump, but he and his friends showed up late. It is an important point because they DID NOT hear the inflammatory or inciting speeches to get riled or angered. They DID NOT move from the ellipse to the Capitol, getting angrier or whipped into a frenzy with the crowd as it approached. The crowd was at the Capitol when Micah and his friends crossed into DC and were looking for parking. When Micah, Dodge, and Joshua arrived at the Capitol, the crowd had re-formed and already moved close to the building. Shortly after arriving, the crowd started entering, and the trio followed. It was wrong to have done so, but they were neither whipped into a frenzy nor did they appear to be. By their appearance on the CCTV video, it looked just the opposite.

Micah doesn't remember hearing any alarms and does not remember stepping over any glass or seeing overturned furniture when he walked through the Senate Wing Door. That seems correct when reviewing the discovered CCTV footage and image 2 of the government's memo.[4] That doesn't excuse any of his actions, and Micah knew he was wrong.

Posting pictures and provocative messages.

It's true Micah posted pictures that were taken from inside and outside the Capitol shortly after getting back to Quantico around 7:40 p.m. EST and deleted the post a little while later. Micah was told he could get in trouble for being there, so posting pictures was not a good idea. To

[4] 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h20min00s000ms

Micah, apologizing on social media for being there would further publicly incriminate himself. It's also true that, off and on, he engaged in some immature trash-talk or smack-talk as young men often do. It certainly doesn't make it right, but I suspect there's a good number of young men and women who have let their mouth outrun their thinking of the consequences. My point is only the trash-talk is not indicative of who Micah Coomer was or is today - but I agree 100%: it sure looks bad even if they are direct or private messages; no excuses.

Painting Micah's trash-talking as "deeply ominous" based on "Micah's military training and access to military weapons" seems a bit of a stretch. Micah's only weapons training was the same handful of days that every basic Marine trainee gets - mostly to see if they can hack the process. Micah received no special training outside basic marksmanship, and he wasn't trained as an infantryman or critical skills operator. For all intents and purposes, he is a Marine computer network administrator. Much of his time in Quantico was spent answering computer trouble tickets. His access to military weapons was limited to drawing an M-4 (rifle) from a heavily fortified armory to shoot on the rifle range deep inside Quantico in a controlled environment once a year if he was lucky. I do not offer this to excuse his comments; please see above - no excuses. What he sent were provocative and offensive direct messages to his friends or family reeking of bluster and perceived swagger - and he is embarrassed by them and remorseful.

<u>Assistance to the Government.</u>

The government gave Micah five sentences in their memorandum for his cooperation in the case, i.e., a paragraph. Consider, of the 3 Marines, Micah was the first to engage in a proffer session with the government, after quickly retaining counsel, getting a grasp on the law and the process, and quickly making inroads with the Assistant United States Attorney to accept responsibility. Micah, with the assistance of his parents, retained counsel on January 25, 2023, and on or before

February 6, 2023, had made it known, through counsel, that he wanted to resolve the matter and accept responsibility. Within a month of receiving discovery, Micah worked to set a proofer session with the Assistant United States Attorney.

After dealing with some COVID issues, an approximately 2-hour remote proffer session occurred, and Micah told the government everything he could remember, agreed to assist in any way he could, and committed to looking for some information to clear up pending questions. Over the next two days, Micah pulled his old bank records and phone records to determine he was the one that drove to DC over 2 years earlier and even what parking garage they parked in before walking to the capitol. The follow-up was given to the government promptly the same day or the next.

Within a week of the proffer, Micah had a signed agreement to resolve his case and cooperate as required. It was not long after that Dodge and Joshua entered into plea agreements with the government. Perhaps the fact Micah engaged in the proffer session and agreed to a resolution so quickly led Dodge and Josh to follow suit and resolve their cases as well.

The only issue I recall during the proffer session was during the discussion of the word "boogaloo," and where Micah had heard or learned of the word. My recollection is Micah told him he learned of it playing a video game - either on the game itself or someone said it during online play - and he was pressed if that's where, in fact, he learned the word. Also, he was pressed on the intent of the direct messages, i.e., the trash-talk with friends or family mentioned and included by the government.

Micah has expressed remorse, publicly.

The government is wrong about Micah expressing remorse. While it's true he did not publicly express remorse before being investigated and charged, he has since. Micah has been dual-tracked

by the Department of Justice and the Department of Defense. Apparently, under the Memorandum of Understanding between the Department of Justice and the Department of Defense, paras. C.3 and E, executed in 1981 and implemented in the Department of Defense by Department of Defense Directive 5525.7, the Department of Justice took the lead in the cases of Coomer, Hellonen, and Abate after soliciting the input of the Department of Defense. For Micah, while the Department of Justice was prosecuting him, the U.S. Marine Corps processed him for administrative separation for misconduct (commission of a serious offense under the UCMJ).

After Micah pleaded guilty in May 2023, an in-person administrative separation hearing was conducted on July 11, 2023. Micah appeared before a panel (jury) of 2 commissioned U.S. Marine Corps Officers (including one field grade officer) and a Senior Staff Non-Commissioned Officer (NCO). Micah did not contest his actions on January 6. Instead, Micah asked the jurors to retain him in the Marine Corps based on reason and actions. He told the jurors about his upbringing and how he's matured since falling prey to the persuasive and influential national leaders he admired. He explained he's a little older now (not much, but he's lived on his own twice again as long as he had before January 6, 2021) and that he's married and focused on the future of his family. He told the jurors he was sorry for even taking them from their work to have to serve on his panel, and he told them in an open hearing room:

> *Not to minimize, I was in the wrong. I regret going to the Capitol building on January 6th. And like I will tell the judge in September at my sentencing, I'm sorry, and I'm trying to make amends by my actions, not just words.*[5]

[5] This is a very small excerpt of Micah's public statement to the board; the transcript of the statement is appended as an exhibit.

The board jurors voted to retain Micah in the Marine Corps to be either discharged honorably after his 5-year contract ended on September 9, 2023, or to be re-enlisted. Unfortunately, it is almost a certainty neither of those will happen at the time of submitting this memo. The findings worksheet and the transcript of Micah's statement are appended as an exhibit.

**Collateral consequences.**

With his retirement and change of command imminent, one of the last things that Micah's Commanding General, Lieutenant General George Smith, USMC,[6] did before retiring was to recommend to the Secretary of the Navy that Micah be discharged, notwithstanding the appointed jurors voted to retain him. Then, learning the paperwork would not process quickly enough and undeterred, Lieutenant General Smith informed Micah, by proxy, that he was planning on discharging him with a less-than-honorable discharge at the end of his contract if the Secretary could not get it done. Lieutenant General Smith never once spoke to Micah about any of it and had a materially incomplete administrative record upon which he based his actions.

Lieutenant General Smith's successor in command, Major General Bradford Gering, USMC, has indicated he will, in fact, give Micah a less than honorable discharge after his 5-year contract has been completed on September 9. Again, Major General Gering may have a change of heart this week, but the chances are slim. A rebuttal to the proposed characterization is appended as an exhibit.

Collateral consequences, but real and disparate from Dodge and Joshua, nonetheless.

*Education.*

Dodge and Josh both enlisted before Micah and for 4 years compared to Micah's 5-year enlistment. Both Dodge and Joshua have since re-enlisted, and their VA benefits for that enlistment have

[6] Commanding General, I Marine Expeditionary Force

vested, including their 9/11 GI Bill. Micah has lost his honorable discharge and, therefore, his 9/11 GI bill for his college education. At 88 CFR 24665, the current notice states that:

> For the 2023–2024 academic year, the Post-9/11 GI Bill allows VA to pay the actual net cost of tuition and fees not to exceed the in-state amounts for students pursuing training at public schools; $27,120.05 for students training at private and foreign schools; $27,120.05 for students training at non-degree granting schools.

Additionally, the 9/11 GI Bill authorizes a working student to receive a Military Housing Allowance at the E-5 with a Dependent rate of $3792/mo. in San Diego, where Micah lives - or $45,504 tax-free annually. Overall, the nearly unreviewable authority to degrade Micah's discharge will take away almost $300,000 of benefits over the next four years - benefits Dodge and Joshua will keep.

*Characterization of service.*

It appears now that Dodge and Joshua are currently being processed for administrative separation, as Micah was months ago. A significant disparity in possible outcomes is present here as well. Because Micah moved so quickly to resolve his case, he was excluded from the consolidated disposition authority (CDA) for all Marine Corps January 6th cases.[7]

Processing for separation does not mean separation is required. Like Micah, the board may retain Dodge or Joshua, and there is precedent for that in Micah's case. However, it would then be up to the CDA to determine if he will seek to discharge them, notwithstanding a vote to retain them like Micah. Even if they are separated by the board or by the CDA or the Secretary of the Navy - the

[7] The consolidated disposition authority for Marine Corps January 6th cases is the Commander, Marine Forces Command, currently: Lieutenant General Brian Cavanaugh, USMC.

only performance and conduct that is permissible to consider in determining characterization is during their *current* enlistment, for they have already been discharged honorably and reenlisted and that characterization is considered permanent.[8] The least favorable characterization is Honorable, even if their reenlistments are considered Erroneous (absent fraud by the Marine). Without looking to the previous enlistment for characterization evidence, Dodge and Joshua will receive honorable discharges even if they are separated for their actions.

*It's not an employment decision.*

I appreciate that the law may consider administrative repercussions collateral, but I do take issue with characterizing this separation process as an employment decision. Having enlisted in 1984, retiring in 2006, and been around Marines for nearly 40 years now, I can only say the impact of telling a Marine who desires to serve - **you are no longer worthy** - is tough to put into words. Trying to explain why after he has (1) accepted responsibility for his actions and (2) been **retained** by a jury not of his peers but by a jury hand-selected by the Commander recommending an other than honorable discharge, none of that matters and his discharge will not be honorable is nothing I can do justice in writing. Again, I understand the collateral nature of sentencing, but it's not an employment decision - it is an eradicable stigma and severe rejection.

//

//

[8] Marine Corps Order 9100.16. para 1004.4a(1): Characterization of the current enlistment or period of service is determined by conduct, actions, or performance during that enlistment or service plus any extensions prescribed by law or regulations or effected with the consent of the Marine. Thus, positive or negative conduct, acts, or performance during a period of prior military service--including court-martial, nonjudicial punishment, absence without leave, misconduct for which a reenlistment waiver was granted, or commission of other offenses for which punishment was not imposed or adjudged--cannot be considered in determining the characterization to be recommended for the current enlistment.

*...and finally.*

Micah has been humbled and embarrassed by his actions, and by extension, so has his family and the Marine Corps. For that, he bears a tremendous amount of remorse. From the day he was arrested in January 2023 through today, and more will come after sentencing, Micah has been savaged in the press: press back home in Indiana (Muncie Star Press), press local in San Diego (San Diego Union-Tribune), and world-wide military news sources (military.com, task and purpose, military times). No one would want to endure that branding. Micah has been humble, respectfully declined comment, and looks for a time when his actions on January 6th are not associated with the Marine Corps.

Again, this is a collateral consequence, but I ask you to consider the overall impact on Micah. And while general deterrence can be imparted in different ways, no target of a general deterrence message would want to endure what Micah has endured with his poor choices in 2021.

**Remaining Factors**

Micah has no expectations, and both understands and respects the full authority of the court. Micah appreciates the agreement that he was able to enter and fulfill and by which he will continue to abide. Additionally, Micah appreciates the Pretrial Services Officer's detail and thoroughness in collecting information, the report created, and the recommendation of no confinement to the court based upon that work. In addition, we request the court consider:

*Micah's military service.*

Excerpts from Micah's service record are appended exhibits. A summary is:

1. The only negative paperwork Micah has received in 5 years of service is the adverse administrative counseling about January 6, 2021, involvement. Further, he has no record of nonjudicial punishment or court-martial.

2. Before his arrest in January 2023, Micah was eligible for promotion to Sergeant but was not promoted due to unrelated service scoring issues. Before Micah was eligible, the other two Marines with him were both promoted to Sergeant on time. By the time the scoring issues were resolved, Micah had been arrested and was no longer eligible for promotion.

3. Before the Junior Enlisted Performance Evaluation System (JEPES) was implemented, Micah's average proficiency and conduct marks in the Marine Corps were:

| | PRO | CON |
|---|---|---|
| AVERAGE MARKS IN GRADE: | 4.4 | 4.3 |
| AVERAGE MARKS IN SERVICE: | 4.3 | 4.3 |
| AVERAGE MARKS IN ENLISTMENT: | 4.3 | 4.3 |

His proficiency and conduct markings cover boot camp (September 2018) through February 2021 at Quantico.[9]

4. With the introduction of JEPES, his evaluations are, overall, very good.[10] CHAR is your Character rating, MSN is you Occupational Specialty Proficiency rating, and LDR is your Leadership rating.

| | CHAR | MSN | LDR |
|---|---|---|---|
| AVERAGE MARKS IN GRADE: | 2.9 | 2.8 | 2.8 |
| AVERAGE MARKS IN SERVICE: | 2.9 | 2.8 | 2.8 |
| AVERAGE MARKS IN ENLISTMENT: | 2.9 | 2.8 | 2.8 |

For almost 2 years, his performance reports in California were very strong, and then, in the first part of January 2023, he was arrested for the January 6, 2021, charges. I don't

---

[9] Marine Corps Order P1070.12H: Proficiency and conduct marks range from 0.0 to 5.0. The following explanation of markings is provided: 0.0 to 1.9 unacceptable, 2.0 to 2.9 unsatisfactory, 3.0 to 3.9 below average, 4.0 to 4.4 average, 4.5 to 4.8 excellent, 4.9 to 5.0 outstanding.

[10] Marine Corps Order 1616.1:
4.0 – 3.1. Solid performers whose accomplishments did not rate formal commendatory material may fall into the category of "Exceeds Expectations" and be marked between 3.1 through 4.0.
3.0 – 2.0. A Marine who "Meet's Expectations" for their grade in the areas of Character, MOS and or Mission Accomplishment, and Leadership fall between 2.0 and 3.0. Until proven otherwise, a Marine should begin at 2.5 in all three categories.

think it is surprising to anyone that getting arrested during the reporting period affected his markings. The same holds true for the last set in July 2023, issued after his guilty plea and administrative separation board.[11]

5. Micah also has received a certificate of commendation for superior performance during this enlistment.

*Micah's support network is strong, and his future is bright.*

Micah has provided the court with over two dozen letters from family, friends, co-workers, supervisors, and clergy. For a young man, he has a long history of good behavior, community service, service to his country, and being a supportive family member. This does not give one a pass, so to speak, but I hope it communicates to the court that Micah's actions on January 6, 2021, were out of character for him and that being humbled to ask for the support of those who know him best was a resounding wake-up call for Micah. It screamed that it was time to grow up and be the person his mother and father raised and focus on what is important in life - family, planning for the future, and walking the right path - vice being pulled around by provocateurs and influencers who may not have his or the public's best interest in mind.

*The court can rest assured Micah will be a positive contributor to society and walk a law-abiding path in the future.*

Micah stands deterred. As discussed, *supra.*, Micah has almost certainly lost his GI Bill and his honorable discharge (we will know for sure on 9/9/2023); however, he will be able to use the VA to pursue vocational rehabilitation for additional training as he transitions to the civilian sector. Micah has strong tech skills from his training in intelligence, surveillance, and reconnaissance

systems engineering, which should make him marketable in Southern California.[12] Additionally, for now, he still maintains a Top-Secret Security Clearance through the Defense Counterintelligence and Security Agency.

Micah's wife is still serving on active duty in the U.S. Marine Corps, and their immediate future will keep them in California for work, school, and service. They are saving money for a house and hope to return to Indiana and buy a home near where they grew up. Micah will not do anything to jeopardize their plans and their future or his wife's career.

//

//

//

//

//

//

//

[12] ISR Systems Engineers' duties encompass all-inclusive encrypted communications with tactical radio platforms, satellite platforms, and data network services from local-level to enterprise-level designs which include but not limited to specialized communications equipment, unit-unique intelligence repositories and computer information technology, and the integration of enterprise services, automated services, cloud computing, converging and emerging technologies, and national-to-tactical reach back capabilities. This duty also maintains connectivity into the Marine Corps ISR enterprise for data standardization, enterprise support and services, network and data redundancy, and disaster recovery. Additionally, Marines assigned this MOS will receive training in computer hardware fundamentals, common operating systems, network security, information assurance, database and data flow management, radio frequency theory, satellite communications, basic, intermediate and advanced networking, network and data science philosophies, information warfare, and cyber security policies. This MOS will be assigned and voided only by the authority of the CMC (MM). Marines in this MOS may be assigned to a BIC [within their occupational field] that has been coded with one or more DoD Cyber Workforce Framework (DCWF) work role codes.

**Conclusion**

Finally, on behalf of Micah Coomer, we respectfully request the court follow the recommendation of the United States Probation Office.

Respectfully submitted,

*/s/ Phillip Stackhouse*

Phillip Stackhouse
DC Bar No: 993508
MilitaryDefender
Stackhouse Law Firm, Ltd (Colorado)
8910 University Center Lane, Suite 400
San Diego, CA 92122
p. 760-284-3400
f. 760-492-4100
stackhouse@militarydefender.com