# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Criminal Case No: 1:23-cr-124-ACR

UNITED STATES OF AMERICA,

v.

MICAH COOMER,

        Defendant.

_____/

### DEFENDANT COOMER'S SENTENCING MEMORANDUM

### Letters of Support Exhibit 1/A

The following letters of support are provided:

Kerissa Withers - Wife
Travis Coomer - Father
Jami Coomer - Mother
Troy Withers - Father-in-Law
Angela Withers - Mother-in-Law
Rex Jackson - Grandfather
Zalena Jackson - Step-Grandmother
Vicki Hollowell - Grandmother
Travis Hollowell - Uncle
Craig Hollowell - Uncle
Lesley Hollowell - Aunt
Mandy Cain - Aunt
█████████ - Young Cousin
Shannon Coomer - Uncle
Taylor Springer - Adoptive Aunt
Sam Wrisley - Minister
Tom Hahn - Youth Minister/Senior Minister
Angela Campbell - Youth Ministry Director
Andy Campbell - Family Friend
Shannon and Autumn Grismore - Family Friends
Heather McDowell - Church Youth Sponsor
Laurie Tempest - Family Friend
Randy Tempest - Family Friend
Chandler Norwood - Co-worker and Friend
Tony Chum - Supervisor

Lily Banhegyesi - Supervisor
Matthew Michaels - Senior Supervisor

Respectfully submitted,

*/s/ Phillip Stackhouse*

Phillip Stackhouse
DC Bar No: 993508
MilitaryDefender
Stackhouse Law Firm, Ltd (Colorado)
8910 University Center Lane, Suite 400
San Diego, CA 92122
p. 760-284-3400
f. 760-492-4100
stackhouse@militarydefender.com

20230710

Subject: Character Letter for Micah Coomer

My name is Kerissa Withers. I am Micah's wife. I met him in high school when I was a freshman. I joined the school track team with my best friend under the condition that I try pole vault with her. The very first day, Micah came up to me and introduced himself. Up to that point in my life, no young man at school had ever introduced themselves so properly and with confidence. It was always "hey" or "what's up?" Micah had the guts to shake my hand and truly introduce himself. From that day forward, we became best friends. I could trust him with anything. He was always playful but respectful and never pushed his boundaries. As a friend and fellow teammate, he always pushed me to do my best every day. Eventually we decided to date, and now we have been married over two years.

Before we got married, he decided to join the Marine Corps. Initially he pushed me to join as well but I was scared. As time went on, I thought that the military would be a good option. And so, I decided to become a Marine as well, not because he did, but because I want to be "the best". Many people told us that we could either have a happy relationship, or that we could be in the military but not both. We proved them wrong. I have never met anyone more thoughtful, and I have never been as comfortable with anyone like I am with him. He has pushed so hard to make our relationship work, and he always strives to make amends if I am upset with him. He has matured so much since high school and continues to mature even more.

At work, Micah is a great leader. I have met many Marines who work with him and every single one of them say how much he is a hard worker and fair leader. He is an excellent example of a non-commissioned officer, and his Marines look up to him. I have even spoken with his higher command a few times, and they always have good words to say.

As for his personal character, Micah is always willing to help others. Many times, we have been out in town trying to shop, or go out to eat. And every time he can, he will go and bring food to homeless people he has never met. He has gone out of his way to assist people I know that he doesn't, even taking up time on the weekends to do things like help people move. He could just say "no, you can handle it babe, I don't know them" but he steps up every time. He always offers to let people stay at our house if something goes wrong. He is always serious about it too, he's not the type to offer help and then disappear. Whenever I am upset or struggling, he is there for me. No matter how small or ridiculous the problem, he tries his best to help. He is not a bad person. He is someone who made the mistake of being at the wrong place at the wrong time. He has matured and calmed down so much since then. He regrets that mistake every day. If Micah could go back in time and do it again, he would've never made that bad choice. Micah is genuinely one of the most kind, thoughtful and friendly people I have ever met. He deserves another chance. Please take this into consideration during his sentencing.

Respectfully,

Kerissa Withers

Kerissa Withers

To Whom It May Concern:

My name is Travis Coomer, and I am writing this letter on behalf of Micah Coomer.  I am the father of Micah and obviously I have known Micah his entire life.  I am currently employed as a Global business development engineer for an industrial cutting tool manufacturer.  I have been working in this or a similar role for the same company for over 28 years.

With hard work, my wife and I have been able to raise our family to respect others and be a vital part of society as a whole.  As a parent, you hope to instill the fundamental aspects of being a good person.

With a lot of help from my wife, Micah's mother, we succeeded beyond expectations.  Micah has turned out to be one of the most caring, respectful, compassionate, and loving human beings I know.  He exceeds me, as well as most other people, in all these aspects.  Even as a young man he demonstrated this by always trying to help those in need, whether it be on the wrestling mat after defeating a less skilled opponent and trying to teach them how to get out of a certain move, or standing up for the kids that were not the "popular" type.  Micah never cared about what other people thought about him because of who he hung out with, or at least he never showed it.  You know how hard peer pressure is on a high school kid and Micah never wavered.  He befriended everyone and stood up for what was always right.  Now as a young adult this continues.  Micah's  door is always open to his fellow Marines. There is not a week that goes by that Micah is not feeding his friends.  He loves to cook, but he remembers having to eat out or eat in the mess hall and he longed for a home cooked meal.  But that is the kind of person Micah is.  Micah has always been that guy that you can always count on to help those that are less fortunate than he is.

Micah has always been a very intelligent person, but he was not looking forward to the college step that his mother and I were expecting him to take.  After I realized that this was weighing heavily on him, I told Micah that he did not have to go to college, and college was not for everyone.  He asked me what I thought about the military.  I said that I love the military and we can explore that together.  We proceeded to go to every branch and meet with the recruiters.  The Marine Corp was the last one, and

when we walked out of the office, before we even got to the car, Micah said, "I'm going to be a Marine". Every time I think about that moment, I am just filled with pride.  Micah wanted to serve his country, and he has over the past 5 years.

 Micah has never been in any trouble throughout his Marine Corp years or throughout his entire life for that matter.  There are countless numbers of situations where a young teenager or adult must make the right decision.  Micah has made those right decisions throughout his entire life.  He may have made the wrong decision this time, but I can not imagine a more deserving human being to receive grace for one bad decision that he made.  I feel that it would not be very fair to have this one bad decision haunt him for the rest of his life.  Some of the people that actually know Micah best have written letters that just try to explain what kind of a person Micah is.  None of these letters can do this, not even this one from his father.  But, if you do read all of these you may get a glimpse of the real Micah Coomer.  I am requesting leniency for the sentence that he is facing for this one bad decision that was made by a very young man that is just starting his adult life in this world.  I would hate for all the very tough right decisions that he has made, to mean nothing due to the one bad one.  Your consideration is greatly appreciated.

Sincerely,

Travis Coomer

June 1, 2023

To Whom it may concern:

Subject: Character Letter in Support of Micah Coomer

My Name is Jami Coomer and I am Micah's mother. I wanted you to hear from me as to what kind of person Micah is but I feel like I should start with what kind of a child he was. When he was a young child he was a very energetic boy who was into rescue hero's, hot wheels, lego's, video games and climbing trees (mostly very tall trees). Micah was always the one to be friends with anyone as long as they were not mean. He did not like to see others hurt or left out of games or play at school. He would find the person at lunch that didn't have anyone to sit with and would sit with them so they would not be alone. As he got older he would even give his lunch to those that didn't have enough money in their account for lunch and would either just not eat or if he had snack credits would just get himself a snack. When I noticed him coming home really hungry and questioned him, he just said he knew he had plenty of food when he got home and he wasn't sure they did. As a mom, I really didn't have a response to that other than ok lets put a little extra money in your account so you can eat as well.

If someone was being bullied or made fun of in anyway, Micah was not okay with that, he did not start fights with them but would tell them to leave the other kid alone. He was always one to stand up for his friends and as I said before, he did not like to see others being hurt or left out. Bullies were and still are truly the thing he dislikes the most.

In junior high, Micah started wrestling and quickly became pretty good. The coaches decided that if the kids wanted a starting spot on the team, they had to attend wrestling camp in the summer. But Micah was raised in a very active church, with a large youth group that he loved hanging out with and serving along side of. That summer like every summer the youth group attended CIY (Christ in youth) summer camp. It happen to fall at the same time as the wrestling camp which posed an issue. This was not a hard decision for Micah, he knew he wanted to go to CIY. He knew he would have to work extra hard at wrestling but that was okay with him and if he didn't get the starting spot, well, he would prove he deserved it. After a couple of years in high school, the team was comprised of several really good wrestlers, but most of them were known in the community as the rough kids, that were doing drugs, getting into fights and just all around troubled kids. Micah did not like telling people that he was a Delta wrestler because he did not want them to think he was one of those kids and he chose to quit the team because of this and he then joined the tennis team even though he could have probably went to state in wrestling and was not even varsity his senior year in tennis. It was more important to him that he not be associated with that type of kid. His reputation was more important than the success he could have in sports.

Like I mentioned, Micah was very involved with his church and youth group, rarely missing an event or opportunity to serve others. He especially enjoyed doing close up magic (card tricks) and he would go to the local nursing homes and spend time talking with the residence and performing these card tricks for them.

Micah is a very smart young man that attended The University of Delta High School. This school offered true college credit courses that Micah took advantage of. He graduated with several college credits, many of which were part of the project lead the way program focusing on engineering. His senior year, he only needed government/economics and one semester of English to actually graduate so he decided he would like to use the extra schools hours to attend the Muncie Area Career Center and while there he became a certified fire fighter and

first responder.  To say we were and are proud of the young man he has become is to say the least.

Micah joined the Marine Corp. right out of high School.  While in boot camp his personality continued to shine.  We as his parents were able to attend the family night prior to boot camp graduation.  While there a very decorated gentlemen introduced himself to me as the commander of MCRD and as soon as I told him my name he told me who my son was and that he was so very impressed with him.  He had actually meet and spoke with Micah without him knowing who he was, while they were both waiting their turn in medical.  At this point he continued to follow Micah's progress through the rest of boot camp and told us that we should be proud of the way he preformed and the way he was always encouraging his fellow recruits.  He said he expected that he would be a great Marine and leader to those around him.  We thanked him and thought this was crazy that this man knew who our son was and how he had done throughout boot camp with as many young men that go through this facility on a continual basis.

We then went into the dinning room and found a table and took a seat.  Another Marine came and sat down at our table and as we spoke with him, we found out that he was actually Micah's senior drill instructor. He continued to tell us about how Micah stood out to them from the beginning because he never let anyone in his platoon get IT (intensive training) alone.  He said even if Micah had not done anything wrong, he would jump in and do the push ups or run the stairs or whatever the exercise was for however long it took and that most generally they would just get tired of trying to break him physically because the DI's could not show that they were tired and they just ended the IT.  He said Micah would be the one to notice someone falling behind and would go back with them and encourage them and get them going again. He said Micah would do an obstacle over and over if that is what it took to get his fellow recruits through to the finish.  He would make sure they finished even if it meant his time was not what it could have been or if he had to do it multiple times and that was the reason that they made Micah a squad leader.  This was just some of what he shared with us and although it made us very proud to hear coming from someone else.  it was really not a surprise as this was and is just who Micah is and always has been. He is an encourager and is always lending a hand to those in need.  He wants everyone around him to be the best they can and wants to see his younger Marines succeed.

I feel like as a twenty-one year old (at the time) just out of Marine Corp. training and schooling, and having his first taste of real adult freedom Micah just got caught up in the moment of this event.  He has never given us any trouble growing up, even as a teenager.  He was always where he said he was going to be and doing what he said he was going to be doing.  He has never been in trouble with the law prior to this event nor has he been in any trouble sense.  He is a considerate, caring, loving young man that has plans to continue his IT career while finishing his engineering degree after ending his five years of service with the Marine Corp. in September of this year. I feel he has taken responsibility for his misstep in this case and with that being said, I would respectfully request leniency during your sentencing.

Thank you for taking time, to hear and consider a little from me as to who Micah is.

Sincerely,

Jami Coomer

To whom it may concern.

My name is Troy Withers, I am Micah Coomers father in law. I met Micah when he started dating our daughter in 2018, shortly after that he graduated from high school. He then left for Marine boot camp in September the same year. We flew our family to San Diego to attend his graduation in December 2018. Micah came home for a couple weeks after boot camp, we spent Christmas with him, he is a very respectful young man. In April of 2020, with my permission ( I am old fashioned, a young man should always ask a father if he can marry their daughter)he asked our daughter to marry him. In October of 2021 they came home to get married. We are thankful to have him in our lives, and as a part of our family. We have traveled to California, Texas and Virginia to visit him, even before he married our daughter. Micah Coomer is a great young man, a great husband to Kerissa. He loves God, his country and his family. I hope you will be lenient on him, he really is a great young man.

Sincerely,
Troy Withers

6/13/2023
Troy Withers

To whom it may concern:

June 13, 2023

My name is Angela Withers and I am Micah Coomer's mother-in-law. I met Micah in 2018 when he and my daughter started talking/dating. Micah has always been a young man that was respectful, polite, and very patriotic. I never had to worry about Kerissa when she was with him. You could always tell that he is very patriotic and loves his country very much, which is why he became a Marine in the first place. He has a big heart and he loves helping people. I love him as my own and I know how much he has been affected by the decision that he made on Jan. 6, 2021. I know that he regrets it now and he has lost a lot because of it.Micah has grown a lot since I met him in 2018! He is just really starting his life. I pray that you all take this in consideration and be lenient on him.

Thank you for your consideration,

Angela Withers

Angela Withers

Date: June 5, 2023

Subject: Character Letter in Support of Micah Coomer

To whom it may concern:

My name is Rex Jackson, and I am writing this statement of character on behalf of Micah Coomer.  I am Micah's grandfather on his mother's side and have been active in Micah's life since he was born.  He has always shown great determination and strength of character in everything he does.  He is active in his church and has volunteered countless hours helping missionaries prepare for their trip to Africa to bring clean water to a village in Liberia.

Micah is responsible and hard-working.  He has been saving his money to purchase a house for his family and does not spend money frivolously. He has shown tremendous responsibility in his life beyond his years and has never been one to drink and party like many kids his age.

Micah is beloved by his much younger cousins and takes great effort to interact with them.  Even when he was a teenager, he would play with the youngsters and took time to be a part of their lives.  Most teenage boys wouldn't bother playing with younger children, but Micah has always taken the time to play with them.  I believe this shows great empathy for the children and strong character to not take himself too seriously.

I'm very proud of Micah and all he has accomplished in his short life. I humbly ask you to be lenient with him in his sentencing so that this one mistake doesn't negatively impact his life. He is a good man and deserving of a second chance.


Thank you for your consideration,

Rex Jackson

Date: June 3, 2023

Subject: Character Letter in Support of Micah Coomer

To whom it may concern:

My name is Zalena Jackson, and I am Micah's step-grandmother on his mother's side of the family. I've known Micah his whole life and have always been impressed by his determination and resilience in everything he does. He has been a model citizen and an asset to his church and community. Micah is as straight an arrow as any grandmother could hope for and I am so very proud of him for all he has accomplished in his 24 years.

Although I am a step-grandmother, Micah has always treated me with kindness and respect. I have never known him to be disrespectful to anyone and I couldn't ask for a better grandson. He takes time to acknowledge the younger members of the family and his young cousins love him dearly for it. They look up to him as a hero and are always thrilled when he comes over to visit with them. I am always impressed by how much effort his puts forth to entertain the young members of the family and know he will be a wonderful father when the time comes.

Micah has a heart of gold and is thoughtful to everyone especially those less fortunate. He has volunteered both money and time to help prepare missionary trips to Liberia to help bring clean drinking water to a village the church has 'adopted'. What teenage boy is willing to give up his free time to do volunteer work for people on the other side of the world? That is the kind of man Micah is. He is a good person and I hope you can give him another chance. If anyone deserves another chance, it is Micah.

Please be compassionate for his sentencing so that this one mistake doesn't haunt his future.

Thank you for your consideration,

Zalena Jackson

Zalena Jackson

June 5, 2023

To whom it may concern:

My name is Vicki Hollowell and I am writing this letter to support my grandson Micah Coomer.

Micah is the most loving and caring person.  He is always looking out for others and is always ready and willing to help anyone that may need it.  He was raised in a church loving family and was very involved in his youth group.  He alway seem to be volunteering to help out with community service projects both locally and around the world.  He once had saved up his money to buy a new video game system and games, well over $1000.  He then found out that a minister in another country that his church had been working with for years was trying to buy a home.  Micah decided that this minister and his family needed this money more than he needed a new gaming system.  He gave every penny of this money to help this family.

Micah has never been in any kind of trouble.  He is just not that kind of kid.  I remember when he signed up for the Marines during his last year in high school.  He wanted to serve his country and I am very proud of the young man he has become.

I regret that he has made a choice that has landed him in this situation but I would appreciate you considering his overall character before making your decision of his punishment.

Thank you

Vicki Hollowell

Vicki Hollowell

Travis Hollowell

████████████████ Indiana, 47167

Date: June 4 2023

To Whom This May Concern,

My name is Travis Hollowell and proud to offer my recommendation of Micah Coomer to whom I have personally known for 24 years as my nephew.

Micah is a caring,loyal and giving person that loves his family and the country he serves.

We all make mistakes in life but those mistakes don't define the person.
The day Micah told me he was joining the Marines is one day that stands out for me.It was a proud moment for him and just as proud moment for Myself.Micah displayed the courage and drive to join the marines in a world where you can be anything you want shows the Micah I know and love.
Any individual that serves this great country shows how unselfish and patriotic that individual is And that is how I define who Micah is.

While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Micah Coomer to be an honorable individual, a valuable member of my community, and a good human being

Please do not hesitate to contact me if you should require any further information.

Sincerely,

**Signature** _(signature)_ _____ Date: _6-4-23_
Travis Hollowell

June 6, 2023

Character Letter in Support of Micah Coomer

To Whom it May Concern:

My name is Craig Hollowell. I am Micah Coomer's uncle. I am writing this in support of Micah. I am not writing this letter to persuade anyones opinion of Micah. I am here to let you know what a good person he is. If he wasn't, I would not be writing this letter.

Micah is a down to earth person. Growing up Micah was always respectful and was never in any trouble. He was raised to be a good kid. Once he graduated high school, Micah made the decision to join the military. At first, I didn't know if he was ready. Once he joined and Micah came home to visit, Micah made sure he stayed fit for the military. He would go outside and run in 20 degree weather. Once seeing this, I realized Micah had a passion for being in the military.

Micah enjoys doing magic tricks for family and entertaining. Micah always made good grades in school. Micah always respects his elders. He helps out anyone in need. The military is lucky to have a gentleman like Micah. I am proud of Micah for serving. I am comforted knowing that Micah is protecting our country. Micah is a Christian and has good Christian beliefs and values. I am proud to say Micah is my nephew. If someone would spend a day with Micah, they would be proud to know him as well.

Thank you for taking the time to read this.

Best Regards,

Craig Hollowell

Craig Hollowell

June 4, 2023

To Whom it May Concern:

I am Micah Coomer's aunt, Lesley Hollowell.  I have known Micah now for over 20 years.
Micah is a good Christian man, raised in Muncie, Indiana.  He was raised in a Christian home
with good values.  Micah is a good hearted young man.  I have a daughter who is now 12 and
she loves to see her cousin Micah when he comes in town.  Micah is very good with the kids,
as he always showed off his magic tricks for them.

Micah has a good work ethic, as his parents are great examples to learn from.  Micah has a
good head on his shoulders and is always willing to help others.  He has never been in trouble
before this and I would appreciate you taking this into consideration while making your
decision in his sentence.

Sincerely

Lesley Hollowell

Date: June 6, 2023
Subject: Character Letter in Support of Micah Coomer
To whom it may concern:

My name is Mandy Cain, Micah's aunt on his mother's side. I am 39 years of age and blessed to share twin nine year old daughters with a Marine that happened to play an influential role in Micah joining the USMC. I have many different perspectives on which I can provide supportive details of Micah's character given that I am closer in age to him than the typical aunt may be.

If I were asked to describe him in one word, it would be, "RARE!" He has always been so far from average and was never one to follow a path because others were. In fact, he is the complete opposite. He even shocked us by the path he chose after High School, as he had been following in his father's footsteps by pursing Engineering and had enough credits for an Associates Degree in High School, yet he decided to enlist. He has always been mature beyond his years, from being a little boy building model cars or extravagant Lego contraptions that most adults wouldn't have the patience to do, from the way he treated others, how he handled his finances, his level of intelligence both in and out of the classroom. All stand out attributes, but it wasn't until I had children that I began observing him in a different light. I wish God would make more like him because this world could sure use it. Micah is the perfect roll model for any young child or adult.

He was raised in a Christian home and actively participated in his church activities and duties until he physically moved away. Going out on his own as a young adult, especially entering the Marine Corp, it was very easy to let all the temptations and actions of others influence his actions or beliefs, but Micah stayed true to who he was. As expected, he came out of boot camp a man, who was at the top of his class excelling in many ways. As his career began, he had to navigate his way through many of the same challenges other young troops face. But they were never handled by going out and getting drunk, or doing anything irradical. Again, he handles situations in a more mature manner than most.

Micah always had a great love for nature and a very strong faith. I vividly remember him talking to my sister during a time when he was uncertain and needed clarity.
He said to her… he just needed his sleeping bag and his bible, and off he went to spend the weekend alone with God and his creations. All of my time spent living on a Marine Corp base, this was a first for me, and another example of what makes Micah so rare.
He most likely caught flack from fellow Marines for turning to his faith in God for clarity, but Micah has never been phased by that. I believe that shows a great deal of strength and loyalty, but he holds so much more. I can't imagine my daughter's lives without him.

Some individuals naturally inherit an instinct to care for others, but rarely does one display those characteristics until a later age, especially a young boy. To this day, Micah is the only Male I have ever witnessed at such a young age displaying selfless traits that would quickly catch the attention of anyone around him. For two decades now my sister and brother-in-law have become very accustomed to hearing, "He is going to be a great Father and Husband one day!"

When Jayli and Jozalin came along, all of those care taking traits started shining like never before. "My Micah," they would say. Whenever the chance would come for my daughters to see him, I almost felt bad for Micah because I knew they were going to wear him out to the point he would need a reason to escape for a break. Fast forward over nine years and I NEVER recall a time where he made an excuse to take a breather like any normal kid, teenager, or even parent would. I always knew he was a special kid, but this relationship is one I cannot possibly begin to put on paper. If I had they ability to submit videos or even audio, it would display just how genuine of a person he is. My girls have a huge void that cannot be filled without him. They were heart broken when he left for the Marines and then again when he got married because another girl took him away. They fully understand Micah being away while in the Marine Corp and they are so proud to have another Marine in their family to brag about. We have instilled in them to have a voice, stand up for themselves and those they love, success doesn't come without failure, so it's ok to make mistakes, just keep pushing on.

So if I tried to explain the situation at hand to a couple of innocent children, they would never be able to wrap their heads around it. How Micah made a mistake and didn't think through all the potential consequences before acting, and all the repercussions he is facing would put them in a state of heart break and fear.

As a parent I am having to teach them things no child should know, but it's simply to protect them from all the evil that is at work in this world right now.

As much as I want to shelter them, I cannot. They have to hear and see all of these horrific events take place, most of which end without any form of Justice, so I ask on behalf of Micah and our entire family to please consider all the words written and be lenient in his sentencing. This process alone has been a sentencing, so I pray he can be treated like a human who made a mistake, and not a criminal.

Thank you for your time and consideration,
Mandy Cain

*Mandy Cain*

May 30, 2023

# Dear, goverment

I know Micah wworker for you but you don't know Micah like I do. He is the person at family gatherings that my sister and I look most forword to seeing.

I have so many memorys that make me happy. He lived about 4 hours away so when we got to stay it was extra special. We always woke up early and would tip-toe to Micah's room and jump on his bed and wake him up. We loved it. Most teenagers sleep in and don't want to be botherd but Micah is different because he liked it he would say, "OK skwerts skwerts I'll get up." Then our fun day would begin. Fist we would make pankackes for breakfast. Mimi has a whole room of games so when we stayd we could play them. Micah would play and do anything sissy and I wanted. but only if it was safe because some times we wanted to do crazy things. That shows how much he loves us and is pertective. We always told mommy Micah was MAGIC! He did card tricks that were unbeleaveable. We had when we went to mimi's and family catherings but since he went to the Mirine Core we were sad because we barley get to see him anymore. We love the Mirines because our daddy popy and are uncles are Mirines. One time at Christmas Micah wasn't there so we were so sad we cryed but then we saw this huge santa bag we thought it was a bag of presents but then we got closer and "Pop!" Micah came right out of the bag then

- We were so so happy because he was there.
On his wedding day we were happy for him but sad for him. We were his mini brides we also got to give him away. That was the first time we saw Micah cry when we huged him. It was a happy moment but sad - because it felt like saying goodbye again forever.

He loves our family and he wanted to save our Country and he's sackrifising his life right now. We just want our loving, funny, caring, brave Micah back. Please go easy on him. for our family.

Sinserly,

█████████████████

Court Reference Letter

June 3, 2023

To Whom This May Concern:

My name is Shannon Coomer and I am writing on behalf of Micah Coomer, I have personally known Micah for 24 year, as he is my nephew.

During my relationship with Micah, I have experienced him to be a conscientious individual, by always doing the best of his ability. He also displays high generosity in his willingness to offer his time, energy, assets, and emotions without expecting something in return.

Micah has always appeared to me, to be a reliable and cooperative person. In the time that I have known Micah, he has always been able to show sympathy and empathy for others, both personally and professionally.

In addition, Micah is a family oriented person, who has always presented himself with levelheadedness and grace.

Thank you for considering this information while making your decision.

Please do not hesitate to contact me if you should require any further information.

Shannon Coomer
█████████████ Road
████ IN. 47167

812-████████████
█████████████.com

Date: June 2, 2023

Subject: Character Letter in Support of Micah Coomer

To whom it may concern:

My name is Taylor Springer, and I am an adoptive aunt to Micah Coomer. I am not a blood relative of Micah's but have grown up with him none the less. I was only three when I became a part of Micah's family and, as an adult, I was adopted by his grandfather, Rex Jackson, so am his aunt by adoption.

I have known Micah my whole life and have been impressed by his strong character and willingness to help wherever he can. He has always been accepting of me as part of the family even though I was not officially a part of it until adulthood. Micah shows maturity and responsibility in everything he does. He has never been one to party and do what many of his classmates were doing. He participated in sports and showed great determination and competitiveness while also being a good sport.

Micah is such a good person and deserving of a second chance. He has a bright future in front of him and I pray this one mistake doesn't cost him this future he has worked so hard for.

It is because of how strongly I feel Micah is worthy of a second chance that I humbly ask for your leniency in his sentencing.


Thank you for your consideration,

Taylor Springer

*Taylor Springer*

Date: June 5, 2023

To Whom it May Concern:

Subject: Character reference in support of Micah Coomer

My name is Sam Wrisley and I am Micah's minister from Muncie IN. Micah has grown up in our church and I have known him his whole life. My wife and I planted our church 21 years ago and before that we served with Micah's parents at another church. I am also the founder and president of Hope 2. A mission organization that serves several countries in Africa and around the US. We take around 60 people on missions each year. One of my passions is helping young people see their potential and

encouraging them that each decision they make matters. In today's world everyone falls and fails. The question is what will we do with our failures. How can we not let our falls define us. Micah is one of the good guys with so much potential. One of the reasons he joined the service is because he loves our country and wants to serve. The past several years our country has experienced much pain and much confusion. I have watched the disrespectable acts waged upon our country and its offensive and hard to watch. I do not believe this was Micah's intention. He made a poor decision and has felt the weight of

that decision in ways most can't even imagine. The Bible says, "parents see to it that you don't exasperate your children" That has always been a guiding principle I have used in my 30 year ministry serving others. I ask few questions. Have they learned? Is this out of character for them? How will mercy impact the person? Will it motivate and help them more than strict irreversible punishment? What will help them and those around them to be better and do better? With all this being said. I would trust Micah with my own family. He has integrity and honor and character that is rare. He is someone who will not scoff and or waste mercy given. I would not say that about every kid that has grown up in our ministry. I would not write this letter if I was not convinced that Micah is a great kid who I am glad is serving our country and who I know has a rare work ethic and will be a very positive and productive member of society. Micah is not perfect and his decisions in this case have been wrong and out of character for him. If I can help in any way to help Micah continue to develop and grow through this process, I am willing. What happens next is important for him and for our country. We have to heal and come together, and I know mercy will need to play a big role in our future.

Thank you for reading my rambling I am sending my phone number if anyone would like to hear more of my thoughts and heart. I am excited to be part of building our future as a country with people like Micah.

Grateful for what your doing for our country too.

765-███████

Sam Wrisley

Date: June 6, 2023
To Whom it May Concern:
Subject: Character Letter in Support of Micah Coomer

My name is Tom Hahn and I am the Senior Minister at Restoration Christian Church in French Lick, IN.  Previously I was the youth minister at Harvest Christian Fellowship in Muncie, IN where I was able to meet Micah, spend a lot of time with him, disciple him and even perform the duties at his wedding. The thing that always impressed me about Micah Coomer was his commitment and faithfulness to his church and family. When Micah decided to join the Marines I understood why he was led in that direction. He wanted to serve.

As a student, Micah was always willing to volunteer his time and his talents to help other people. Whether that was going to Liberia Africa on a mission trip, working at a neighborhood clean-up, or serving with our children ministry, I knew I could always count on Micah to care. It was easy to ask him for help because he was available, willing, and trust worthy.

I truly believe that his zeal for standing up for what he believes in got the better of him in this situation.  I believe that he got caught up in the moment and made a pretty big mistake. However, one of the things I know about Micah is his ability to learn from his mistakes and not repeat them.  Micah is not someone who is a threat to our community and country, but an asset. I am hoping this mistake does not cost him for the rest of his life, instead that it is something that will make him a better person, a better husband, and a better servant of those around him.

I believe the later is what will result from this incident. I am asking you to really take the time to understand who this young man is and show him some mercy in this situation. I believe you will see a young man worthy of a second chance. He is someone who will take accountability of his actions, do what is needed to make up for missteps, and learn from them moving forward.

Thank you for your time.

Tom Hahn
Senior Minister
Restoration Christian Church
French Lick, IN
765-████████

Date: June 15, 2023
Subject: Character Letter for Micah Coomer

To Whom It May Concern,

My name is Angie Campbell and I have known Micah since 2005. Not only were we family friends, but we also attended Harvest Christian Fellowship together from 2005 until 2017. We have remained friends with Micah and his family since then.

During my time at Harvest Christian Fellowship, I was the Children's Director. Micah was part of our Children's Ministry as a student and a mentor. Micah attended Sunday School & youth group. He worked during Vacation Bible School for multiple years. During that time Micah's goal was always serving others. There was never a time that I asked Micah for help that he wouldn't jump in and assist. He helped with leading younger students and was always responsible and mentored younger students with kindness and love. Micah always had a smile on his face and a willingness to serve.

If Micah could change his actions on January 6th, I am sure he would love another chance to make a different decision.  Often, as youth, we grow passionate about something without always thinking of long term consequences. This is how we grow and change. Please take into account Micah's heart, kindness, love to help others, and what he has learned from this experience.

Respectfully submitted,

Angela Campbell
███████████████ IN 47304
765-████████
█████████████.com

Date: June 15, 2023
To Whom It May Concern
Subject: Character Letter for Micah Coomer

My name is Andy Campbell and I have known Micah since he was a young boy. His family and my family attended Harvest Christian Fellowship together from 2005 until we left the church in 2017. My wife was the Children's Director for five of those years and we saw Micah grow from a kind, obedient, thoughtful boy into a studious, thoughtful, disciplined young man.

Micah was a faithful attendee at Sunday School, youth group, Vacation Bible School, and any extra-curricular events the church offered for young people to attend. As you can imagine when a dozen or more young boys are comfortable with each other and in close proximity during religious teaching there are times when boys can get rowdy or lose attention, but Micah was never one of those boys. While I was helping my wife teach classes or supervise students I never had to discipline Micah or even raise my voice to get his attention. Life as a leader in the church would have been sublime if the classes and events had been filled with young men like Micah.

I'm certain Micah knows the seriousness of what he has done and I bet if he could he would undo his activities on January 6th. Please take into account his character, his previous discipline, his Marine background, and his genuine heart when you sentence him for his actions on that day.

Respectfully submitted,

Andy Campbell
████████████ Road
████ IN 47304
████████████ com
(765) ████████████

Date: June 15, 2023

To: Whom It May Concern

Subject: Character Letter in Support of Micah Coomer

Hello, we are the Grismore's. We've known Micah since he was in grade school. We were new to the community, found a church and met the Coomer family. Micah always was the kid who helped his peers and respected adults. Through his teenage years he was a good student, missionary, friend, son, brother, and athlete. A model citizen in our opinion.

When Micah graduated from high school and made the decision to represent our country in the Marine Corps. We knew with his upbringing, background, and experience; he would make an excellent soldier. His passion is contagious. The foundation was set at a young age for success.

When we attended his wedding. It brought us much joy knowing that he was going to be a gentleman to his bride, start a family, and raise children in a loving home.

Micah is always willing to lend a helping hand to any human. Nothing will get in the way of this quality. Micah will recover from obstacles and hurdles encountered in his life. This we know. He is resilient and strong.

Please be compassionate when you make your final decision.

Thank you for your consideration,

Shannon Grismore & Autumn Grismore

June 5, 2023

Character letter in support of Micah Coomer

To Whom It May Concern:

My name is Heather McDowell and I have known Micah Coomer his entire life. I went to church with his family and served as a youth sponsor during his time in junior and senior high school youth group. I was not surprised when I learned that Micah was going to enlist in the Marines following his graduation from high school. It seemed to be a perfect fit for who he is.

Micah is a very respectful young man and always treated me with kindness and I witnessed that in his treatment of others as well. Even simple things like saying "please," "thank you" and "yes ma'am," were common for him regardless of others showing the same respect or not. I also witnessed his desire to protect others, always sticking up for younger students in youth group and at school. He would befriend the younger students coming into youth group and making sure they felt welcome and belonged. This continued when he met and married his wife, treating her with the utmost respect, care and love. He truly has such a caring and compassionate heart.

Micah also is a hard worker and responsible person. So often he would be among the last to leave church or youth group as he was helping clean up from activities. He was never afraid to do the dirty work or heavy lifting and rarely left an event without asking what he could do to help.

All of these traits combined with being a passionate person is what I believe led to his involvement in the events on January 6th at the US Capitol. He has a passion for his country and what he believed would be best for it. Unfortunately, passion combined with youth does not always make the best decisions as is true for all of us. My hope is that you would take this and all the positive characteristics Micah has displayed in his life into consideration when making this important decision about his future.

Thank you for your time and consideration,

Heather L. McDowell

Date:  June 5, 2023

To Whom It May Concern:

Subject:  Character Letter in Support of Micah Coomer

My name is Laurie Tempest and I am a family friend of Micah's parents.  I also had the pleasure of serving as a youth sponsor at our church during the years that Micah spent maturing throughout middle school and high school years.  I got to be one of the adults in his life that invested into him and spent time with him each week as we met with our church's teenaged students.  He is a friend of my oldest son and his parents have spent many years in our Bible study group so I have had a lot of exposure to Micah as he grew up in our friend group.

When I think of Micah Coomer, I think of a passionate young man with a lot of determination and grit.  He loves wholeheartedly and gives 100% to the things he sets his mind to do.  He has a tender heart and is one who is loyal.  Micah is one who likes to elevate those around him to do more and be more than maybe they see in themselves.  He is one who pushes himself to do more and be more as well.  He isn't satisfied with coasting and remaining where he is currently.

I realize that the situation he finds himself in right now is not from a wise choice on his part.  I respectfully request that Micah's overall character be evaluated in the decisions currently being made that will influence his future.  I believe Micah has more in him and will be a real asset to our country throughout his lifetime.

*Laurie Tempest*

June 7, 2023

To Whom It May Concern:


I am writing in regards to Micah Coomer and his current situation and future after sentencing in court in the future.

I have known Micah and his family for over 20 years.  My relationship started by attending church with the Coomer family.  I have know Micah his entire life and was able to watch him grow up over the years. His family and my family still enjoy a friendship today despite living in different states.

In addition to our friendship, I am an Elder at our church as well as different roles in the past with the youth ministry.  During this time I was able to observe Micah in his growth and maturity over the years. Micah was always a quiet young man who has determination and what I would call grit.  He was motivated to help others and always had a soft heart to help those less fortunate.  Micah was always confident in who he was, and led by a quiet example.

As Micah was in high school, he became more engaged in helping others and acts of service.  He helped serve in our mission in Africa, Hope 2.  His mother and father both serve for Hope 2 and Micah grew up around an atmosphere of serving others first.  I believe this helped to form his desire to serve his country and give back.

Micah has always been respectful to me, other leaders at church and his family.

I understand fully the responsibility that Micah has for his actions.  Bad choices are unfortunately part of life, and accepting that and learning is the key.  Micah made a bad choice but I have seen him over the years, know his heart and his character to be one of good.  Micah wants to do well and do good.  I would ask for grace as I believe Micah can continue to grow and serve and learn from this mistake.  His character I have seen over the years gives me this confidence.

Thank you,

Randy Tempest

Date: July 5, 2023

Subject: Character Letter in Support of Micah Coomer

To whom it may concern

My name is Chandler Norwood, I am a friend and co-worker of Micah. I met Micah in the year 2021 when he was transferred into the same unit as me in the Marine Corps. We quickly became friends with similar interests. Throughout the time I've known him, Micah has always been kind and helpful to others. He's a hard worker and a good person. Not long after meeting, Micah soon became the squad leader of my section. He was always asking others how they were doing and made sure we were in good spirits. He was constantly taking the brunt of most the work and making sure we weren't hit by things from higher enlisted and officers. He made work enjoyable and much easier for many of us. Micah is a fantastic individual with a heart of gold. He's always putting people first and is a fantastic person to lean on. He's caring and loves his friends and family more than anything. He's one of the few people I believe I could always rely on for practically anything. He's there if you need him to be and even when you didn't think you needed him, he'll drop a message or pop by and raise your spirits. From what I've heard through other people who know him, he's volunteered many times in the past and even invested his own money into volunteering for those less fortunate than he. Who can say they've volunteered multiple times and invested money into it? There's no one you'd rather have in your corner than Micah. He's thoughtful, brilliant, and a family man. He's a good man and deserves only the best out of his life.

Micah has a bright future; he has big plans and wants to start a family alongside his wife. Please be compassionate and considerate for his sentencing, taking into consideration his cooperation and honesty throughout this process.

Thank you for your time,

Chandler Norwood



**UNITED STATES MARINE CORPS**
LEGAL SERVICES SUPPORT SECTION
1ST MARINE LOGISTICS GROUP
P.O. BOX 555607
CAMP PENDLETON, CA 92055-5607

IN REPLY REFER TO:
5810
LSST-E
18 Apr 2023

From:   Character Witness
To:     Defense Counsel, Legal Services Support Team E

Subj:   CHARACTER STATEMENT

Please fill out completely. Write "N/A" if the question does not apply. Please attach additional pages if necessary.

| Contact Information | Tony M. Chum | | SSgt/E-6 |
|---|---|---|---|
| | NAME (FIRST M.I. LAST) | | RANK |
| | ▉ | | ▉ |
| | PHONE NUMBER | | EMAIL ADDRESS |

| Military Information | 1st Radio Bn/H&S Co/S-6 | Data Systems Chief |
|---|---|---|
| | CURRENT UNIT | CURRENT BILLET/POSITION |

Description of prior and current military service (*e.g.*, years served, military training and education, previous billets, duty assignments, deployments, and personal awards, etc.):

I served as an Admin Clerk from 2012-2016 with VMM-163. I got promoted to Cpl and deployed with the unit in 2014 while attached to the 11th MEU. I was promoted to Sgt in Dec 2015. I was awarded an "End of Tour" NAM. I lat-moved in Nov 2016 to Cyber Networks Specialist and was trained at MCCES from Jul-Nov 2016. PCS'd to 3d MLG G-6 and served as the Plt Sgt from Jan-Dec 2017. Then I PCS'd to 9th Comm Bn Support Co, and served as Plt Sgt and Training Chief. Attended the 06xx Force Mod course and obtained a new PMOS 0671, Data Administrator. I was promoted to SSgt in Mar 2019 and went to Data Chief course from July 2020-Nov 2020, and officially obtained the P/BMOS, 0679, Data Systems Chief. Then I PCS'd to MCI WEST-PAC G-6 and served as Platforms Service Chief from Jan 2021-Aug 2021, then PCA'd to 3d Network Bn and served as the Watch Floor Chief from Aug-Dec 2021. Finally, I PCS'd to 1st Radio Bn and currently serving as the Data Systems Chief.

| Basis of Knowledge | This statement is regarding: Cpl Micah Coomer . |
|---|---|
| | Our relationship was: ☑ Professional ☐ Social ☐ Both. |
| | Our relationship can best be described as (*e.g.*, "I was his SNCOIC"): |
| | I was his SNCOIC . |
| | I have known the Marine for 14 months. |

This document is subject to the attorney-client privilege and attorney work product doctrine.

| Basis of Knowledge Continued | I known or observed the Marine from [10 Feb 2022] to [31 Jan 2023]<br><br>on a(n) ☐ hourly ☑ daily ☐ weekly  basis<br><br>for approximately ___35___ hours per week. |
|---|---|

**Please describe the Marine's military duties during your period of observation:**

While SNM was under my charge, he performed IT service desk tasks. The tasks consist of submitting trouble tickets, physically troubleshooting end user devices, or installing new devices onto the network. SNM was also appointed Squad Leader within the section.

**How did the Marine perform those military duties during that period of observation?**

SNM performed these tasks in a timely manner with little to no supervision. There are times where he ask to be taught how to do certain tasks because he isn't accustomed to the service desk work load due to his MOS differing from mine.

**How would you rank the Marine in comparison to all other Marines with whom you have served (*e.g.*, "I would place him in the top 10% of all Marines with whom I have served.")?**

I would place him in the top 50% of all Marines with whom I have served. He's not perfect but he does honest work and works hard.

**How does the Marine deal with stressful situations?**

SNM takes his time to collect himself before acting or responding to the stress.

*Marine's Performance*

**What is your opinion of the Marine's character for honesty and truthfulness?**

I feel that he's an honest and truthful person. I don't see him doing anything that may impact his career or family life while he was under my charge.

*Character for Honesty and Truthfulness*

| | |
|---|---|
| | **Are you aware of the allegations of the Marine's misconduct?** |
| | ☑ Yes ☐ No |
| | **What is your understanding of the nature of the Marine's alleged misconduct?** |
| | From the bits and pieces I heard or found out from that SNM participated in the raid of the White House. FBI found evidence from his social media accounts. |
| **Allegations of Misconduct** | **Please describe in your own words the facts that you are aware of explaining the Marine's conduct giving rise to the offense:** |
| | Prior to finding out about this offense, I thought he is not the type to do something like this. I thought he is a hard working and good ethics having kind of person. |

| | |
|---|---|
| | **Do you believe this alleged misconduct will continue or recur? Why or why not?** |
| | I believe this alleged misconduct will not continue or recur. I think he has learned his lesson and don't want to put himself or his family through embarrassment. |
| | **Do you believe the Marine can be rehabilitated? Why or why not?** |
| **Future Service** | I believe SNM can be rehabilitated. He can make a complete 180 and get himself back on the straight and narrow. During a promotion panel, he was not recommended for promotion. I told him why he was non-rec'd, what he needed to improve on and strive for. He was able to improve since then. So I believe he can be rehabilitated especially having to deal with the FBI, being on the news, and other stressful events relating to the alleged misconduct. |
| | **Would you be willing to serve with the Marine in the future? Why or why not?** |
| | I would be willing to serve with the Marine in the future, if the alleged misconduct never occurred. |

3

| Future Service Continued | Would you be willing to deploy into combat with the Marine in the future? Why or why not?<br><br>I'm not sure if I would be willing to deploy with SNM into combat. |
| --- | --- |

| Characterization of Service | If the Marine is to be separated from the Marine Corps, what do you believe that the characterization of service should be? Why?<br><br>[ ] Honorable   [✓] General (under Honorable Conditions)   [ ] Other Than Honorable<br><br>To reiterate, SNM is pretty much what you expect from a Cpl of Marines. He works hard, leads others well, give a helping when needed. I would never expect SNM to take part in this alleged misconduct. |
| --- | --- |

| Narrative Statement and Additional Comments | Please describe the Marine, including the Marine's value to the Marine Corps, special skills or talents, motivations, achievements, dependability and diligent performance of duty, leadership abilities and need for supervision, sense of responsibility and integrity, level of aggressiveness, and expressed feelings toward the Marine Corps.   Include any other additional comments you consider relevant.<br><br>While under my charge, SNM listens well, works hard, lead the Marines under his charge well, has a willingness to help others so during the 11-12 months of working with him I saw him as a good standing Marine. |
| --- | --- |

4

Narrative
Statement
and
Additional
Comments
Continued



I certify that this statement was made freely, voluntarily, and without any unlawful inducements.



CHUM.TONY.MA

SIGNATURE



**UNITED STATES MARINE CORPS**
LEGAL SERVICES SUPPORT SECTION
1ST MARINE LOGISTICS GROUP
P.O. BOX 555607
CAMP PENDLETON, CA 92055-5607

IN REPLY REFER TO:
5810
LSST-E

From:   Character Witness
To:     Defense Counsel, Legal Services Support Team E

Subj:   CHARACTER STATEMENT

Please fill out completely. Write "N/A" if the question does not apply. Please attach additional pages if necessary.

| Contact Information | Lily Banhegyesi | | GySgt/E-7 |
|---|---|---|---|
| | NAME (FIRST M.I. LAST) | | RANK |
| | | | |
| | PHONE NUMBER | | EMAIL ADDRESS |

| Military Information | 1st Radio Battalion | Company GySgt |
|---|---|---|
| | CURRENT UNIT | CURRENT BILLET/POSITION |
| | Description of prior and current military service (*e.g.*, years served, military training and education, previous billets, duty assignments, deployments, and personal awards, etc.): | |
| | I have been in the Marine Corps for almost ten years, holding the primary MOS of ISR Systems Engineer, 2651. I have also completed a successful tour as a Drill Instructor on Parris Island and now currently serve as the H&S Company GySgt. | |

| Basis of Knowledge | This statement is regarding: Cpl Coomer, Micah R. |
|---|---|
| | Our relationship was: ✓ Professional ☐ Social ☐ Both. |
| | Our relationship can best be described as (*e.g.*, "I was his SNCOIC"): |
| | I am his current immediate supervisor. |
| | I have known the Marine for 12 months. |

This document is subject to the attorney-client privilege and attorney work product doctrine.

| Basis of Knowledge Continued | I known or observed the Marine from [1 Mar 2022] to [18 Apr 2023]<br><br>on a(n) ☐ hourly ☑ daily ☐ weekly  basis<br><br>for approximately _40_ hours per week. |

| Marine's Performance | Please describe the Marine's military duties during your period of observation:<br><br>SNM's daily duties include preparing training events via MCTIMS, supporting company and battalion level training events and routing correspondence through proper channels. Prior to his arrest, SNM was working in the capacity of an ISR systems engineer in the S-6. I have had no negative interactions with him during that time.<br><br>How did the Marine perform those military duties during that period of observation?<br><br>SNM performs majority of tasks successfully with minimal supervision, he is a hard worker and has produced zero negative results.<br><br>How would you rank the Marine in comparison to all other Marines with whom you have served (e.g., "I would place him in the top 10% of all Marines with whom I have served.")?<br><br>I would rank Cpl Coomer as an average Marine.<br><br>How does the Marine deal with stressful situations?<br><br>SNM handles stressful situations well and professionally. |

| Character for Honesty and Truthfulness | What is your opinion of the Marine's character for honesty and truthfulness?<br><br>SNM's character is sound, however his judgment may be flawed at in certain instances. SNM is truthful and does not hide anything. |

| | Are you aware of the allegations of the Marine's misconduct? |
|---|---|
| | ☑ Yes  ☐ No |
| | What is your understanding of the nature of the Marine's alleged misconduct? |
| | SNM is accused of trespassing on federal property. |
| Allegations of Misconduct | Please describe in your own words the facts that you are aware of explaining the Marine's conduct giving rise to the offense: |
| | SNM committed the accused crime in January of 2021, I was not in his chain of command at this time. |

| | Do you believe this alleged misconduct will continue or recur? Why or why not? |
|---|---|
| | I do not believe it will recur, SNM seems to have learned from his mistakes and may have been influenced by his peers. |
| | Do you believe the Marine can be rehabilitated? Why or why not? |
| Future Service | Yes, SNM committed this crime over two years ago. SNM has shown maturity and leadership since his incident. |
| | Would you be willing to serve with the Marine in the future? Why or why not? |
| | Yes, SNM can be relied upon to complete all tasks and shows passion towards his craft. |

| Future Service Continued | Would you be willing to deploy into combat with the Marine in the future? Why or why not? |
|---|---|
| | Yes, Marine is trustworthy and does not show any signs of deception or lack of integrity. |

| Characterization of Service | If the Marine is to be separated from the Marine Corps, what do you believe that the characterization of service should be? Why?<br><br>☐ Honorable   ☑ General (under Honorable Conditions)   ☐ Other Than Honorable |
|---|---|
| | |

| Narrative Statement and Additional Comments | Please describe the Marine, including the Marine's value to the Marine Corps, special skills or talents, motivations, achievements, dependability and diligent performance of duty, leadership abilities and need for supervision, sense of responsibility and integrity, level of aggressiveness, and expressed feelings toward the Marine Corps.   Include any other additional comments you consider relevant. |
|---|---|
| | Despite facing adversity and having poor judgment at his previous duty station, SNM continues to conduct himself as a Marine and Noncommissioned Officer. SNM shows leadership towards his junior Marines by providing mentorship and guidance. When given any tasks, SNM completes it to the best of his ability and when he lack knowledge, he asks questions. SNM's attitude is relatively quiet, yet social. SNM also operates with discretion when handling PII with correspondence. |



Narrative
Statement
and
Additional
Comments
Continued

I certify that this statement was made freely, voluntarily, and without any unlawful inducements.



BANHEGYESI.L

SIGNATURE



**UNITED STATES MARINE CORPS**
LEGAL SERVICES SUPPORT SECTION
1ST MARINE LOGISTICS GROUP
P.O. BOX 555607
CAMP PENDLETON, CA 92055-5607

IN REPLY REFER TO:
5810
LSST-E

From:    Character Witness
To:      Defense Counsel, Legal Services Support Team E

Subj:    CHARACTER STATEMENT

Please fill out completely. Write "N/A" if the question does not apply. Please attach additional pages if necessary.

| Contact Information | | |
|---|---|---|
| | Matthew J Micheals | MSgt/E-8 |
| | NAME (FIRST M.I. LAST) | RANK |
| | ████████ | ████████████████████ |
| | PHONE NUMBER | EMAIL ADDRESS |

| Military Information | | |
|---|---|---|
| | 1st Radio Battalion | Communication Chief |
| | CURRENT UNIT | CURRENT BILLET/POSITION |

Description of prior and current military service (*e.g.*, years served, military training and education, previous billets, duty assignments, deployments, and personal awards, etc.):

Service for 18 years of honorable active duty. Military training includes bootcamp, occupational related schools, service directed professional military education courses, and numerous hours of on job training, annual training requirements, and computer based training. Education outside Marine Corps includes BA in Interdisciplinary Studies and graduate work towards Addiction Counseling. Duty assignments include 2 MAW, 2nd Intel Battalion, Marine Cryptologic Support Battalion Company I, MARSOC G-2, 3d Radio Battalion, and 1st Radio Battalion. Deployments include 3 tours in Iraq between 2005-2009. Personal awards consist of 4 Navy Achievement Medals and 2 Navy Commendation Medals.

| Basis of Knowledge | |
|---|---|
| | This statement is regarding: Corporal Coomer, Micah R. . |
| | Our relationship was: ✓ Professional ☐ Social ☐ Both. |
| | Our relationship can best be described as (*e.g.*, "I was his SNCOIC"): |
| | I was his section chief |
| | I have known the Marine for 20 months. |

This document is subject to the attorney-client privilege and attorney work product doctrine.

| Basis of Knowledge Continued | I known or observed the Marine from [13 Aug 2021] to [16 Jan 2023]<br><br>on a(n) ☐ hourly  ☐ daily  ☑ weekly   basis<br><br>for approximately 2 hours per week. |
|---|---|

| | |
|---|---|
| Marine's Performance | **Please describe the Marine's military duties during your period of observation:**<br><br>Cpl Coomer was assigned to the Helpdesk within our Network Operations Center. He assisted individuals within 1st Radio Battalion with MCEN-N and MCEN-S accounts, computers, and troubleshooting. He quickly demonstrated he could be trusted within his section and became the squad leader.<br><br>**How did the Marine perform those military duties during that period of observation?**<br><br>Excellent, he was always accounting for his Marines and he knew what was happening operationally within his section. Whenever his SNCOIC was not on hand, Cpl Coomer was always reliable in knowing accurate status updates with his section. He was always a hard worker and engaged with his roles and responsibilities.<br><br>**How would you rank the Marine in comparison to all other Marines with whom you have served** (*e.g.*, "I would place him in the top 10% of all Marines with whom I have served.")?<br><br>I would rank this Marine at the 75th percentile of all corporals whom I have served with.<br><br>**How does the Marine deal with stressful situations?**<br><br>Cpl Coomer appears to hold personal stress well, but there are times that it can be visibly noticed in his facial expressions. He remains calm with stress related to the workplace and continues toward mission accomplishment. |

| | |
|---|---|
| Character for Honesty and Truthfulness | **What is your opinion of the Marine's character for honesty and truthfulness?**<br><br>I've always trusted the Marine and never had any reason to question his honesty. I first heard about his NCIS investigation about a year before he was indited on charges. From the images displayed at the time, I was not entirely confident it was him and did not provide a positive ID. After the understanding of this possibility I observed his behaviors more and still had no reason to doubt my trust in him. Cpl Coomer always provided honest responses. |

| Allegations of Misconduct | Are you aware of the allegations of the Marine's misconduct? |
|---|---|

Are you aware of the allegations of the Marine's misconduct?

☑ Yes  ☐ No

What is your understanding of the nature of the Marine's alleged misconduct?

> Indited on charges of trespassing in relation to the 6 January March on the capital.

Please describe in your own words the facts that you are aware of explaining the Marine's conduct giving rise to the offense:

> I read a news article and saw pictures of Cpl Coomer's presence in the capital building. I was present in ensuring he would be at work when the command was going to bring him to to NCIS for the charges. I last heard he is involved in an ongoing court case with this matter but am not aware of any details regarding the case or the progress it has made.

**Future Service**

Do you believe this alleged misconduct will continue or recur? Why or why not?

> No. From what I know about Cpl Coomer, I think he had a misguided idea of what was going to happen in regard to the attack on the Capital. It is my belief that once he realized he was in the wrong place at the wrong time he attempted to remove himself from the situation. From his character both on and off duty I believe he regretted the involvement and attempted to carry on life without mentioning the case. If anything is to question it is the trust that he kept the involvement a secret and would have had to lie about his whereabouts on 6 January.

Do you believe the Marine can be rehabilitated? Why or why not?

> Yes, I believe he made a mistake on trusting the wrong group of people. I still retain my trust in his character from what I observed of his actions after this event.

Would you be willing to serve with the Marine in the future? Why or why not?

> Yes, I never had an issue working with Cpl Coomer. I believe he can be rehabilitated from this instance.

3

| | |
|---|---|
| Future Service Continued | Would you be willing to deploy into combat with the Marine in the future? Why or why not?<br><br>No. While I have trust with the Marine I have found a difference in character of some between in combat and in garrison. Cpl Coomer is a trustworthy Marine in garrison, but I have not been able to observe his field and deployed conduct. |

| | |
|---|---|
| Characterization of Service | If the Marine is to be separated from the Marine Corps, what do you believe that the characterization of service should be? Why?<br><br>[✓] Honorable  [ ] General (under Honorable Conditions)  [ ] Other Than Honorable<br><br>Cpl Coomer served faithfully and served well. |

| | |
|---|---|
| Narrative Statement and Additional Comments | Please describe the Marine, including the Marine's value to the Marine Corps, special skills or talents, motivations, achievements, dependability and diligent performance of duty, leadership abilities and need for supervision, sense of responsibility and integrity, level of aggressiveness, and expressed feelings toward the Marine Corps. Include any other additional comments you consider relevant.<br><br>Cpl Coomer has always proven himself to be a responsible leader and has a firm understanding of what's happening within his work section. He doesn't shy away from difficult tasks, but is determined and focused to complete the work at hand. He is genuinely concerned about the well being of his Marines and mentors some outside of work. His off duty character does not lead to any question. For the time that I've known Cpl Coomer, I will occasionally ask him about his weekend or off duty time, he is very straight forward with responses that match that of many other 26xx Marines at Radio Battalion. He is normally involved in having group gatherings for Dungeons and Dragons for commodity with other Marines in the section or cooking meat in his smoker. I've enjoyed working with him and having him as one of my NCO subordinates. |

4



Narrative
Statement
and
Additional
Comments
Continued

I certify that this statement was made freely, voluntarily, and without any unlawful inducements.



MICHEALS.MATT
HEW.JAMES.

SIGNATURE