UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Criminal Case No: 1:23-cr-124-ACR

UNITED STATES OF AMERICA,

v.

MICAH COOMER,

      Defendant.
_____/

**DEFENDANT COOMER'S SENTENCING MEMORANDUM**

**Administrative Separation Documents Exhibit 2/B**

The following documents are provided:

1. Coomer Statement to Board: this is a transcript of the statement that Coomer provided to the administrative board convened to determine if Coomer should be separated.  It's an open/public board and the statement contains Coomer's expression of remorse for his actions.

2. Coomer Board: Verdict (Findings Recommendation) recommending retention.

3. General Smith Letter to the Secretary of the Navy

4. General Smith Page 11 - Not Honorable

5. General Gering page 11 - Not Honorable

Respectfully submitted,

*/s/ Phillip Stackhouse*

Phillip Stackhouse
DC Bar No: 993508
MilitaryDefender
Stackhouse Law Firm, Ltd (Colorado)
8910 University Center Lane, Suite 400
San Diego, CA 92122
p. 760-284-3400
f. 760-492-4100
stackhouse@militarydefender.com

Corporal Micah Coomer (00:02):

Good afternoon, gentlemen. First, I'm sorry I had to take you away from work, to be present on this board. The documents before you and those binders are not a very good picture of myself and I hope that you have taken the time or will take the time to compare the government's documents with the letters I have provided and the service I have given.

(00:29):

Late 2020 [00:00:30] and early 2021, was a strange time for me, and as I have reflected and read more, it was a strange time for a lot of people. For me, I was 21 years old. I had grown up in the suburbs of Muncie, Indiana, which on paper, sounds bigger than it is. It's a small Midwest town with a good-sized college campus. [00:01:00] I come from a conservative family, both politically and socially. That's fairly typical of Midwest families in central Indiana.

(01:12):

I had never traveled much before joining the Marine Corps, and I would describe myself as not a political person. Going, going to boot camp was the first time I was out on my own. With [00:01:30] leave travel time, my first year in the Marine Corps was spent in the training pipeline. Boot camp was on September 10th, 2018, followed by MCT[1] and then my MOS[2] school in Goodfellow Air Force Base, where I graduated on August 20th, 2019. I reported to Quantico on September 9th, 2019. I was assigned to the information operations center when I got to Quantico. [00:02:00] It was an exciting time for me.

(02:03):

I was on my own for the first time. I had made some friends at work and in the barracks. Corporal Dodge Hellonen and Corporal Joshua Abate, among others. I was learning my job and more about the Marine Corps. My views stayed consistent with how I was raised. Stafford County was conservative and quite a bit [00:02:30] like back home and when the presidential elections started heating up in late 2019, early 2020, I became more engaged in politics.

(02:43):

President Trump was aggressive. It seemed like he was very pro-military. He had Marines as the Secretary of Defense and Chief of Staff for a while. And it felt like he was there for the little guy, [00:03:00] the way he pardoned soldiers and sailors for what had happened in war. I supported all of that back then. He had very powerful people supporting him, senators and congressmen and women and from my state, my governor was the vice president.

(03:21):

Rudy Giuliani was like a hero from 9/11, but today he almost seems crazy. [00:03:30] This was a very exciting time for me and my friends. There were rallies all over the country and while President Trump didn't have any close by, there was a Second Amendment rally at the capitol building in Richmond, in January of 2020. Me, Joshua, and Dodge attended the Second Amendment rally. There were speeches, people were [00:04:00] carrying weapons and standing next to law enforcement officers and a huge veteran contingent. It was, it was very motivating.

(04:10):

Throughout 2020, I continued to watch the news, mostly Fox, but some other conservative news as well. I got most of my news and information from podcasts because I didn't have cable in the barracks. During [00:04:30] this time, I was a big supporter of President Trump. He was the first president I was able to

---

[1] Marine Combat Training.
[2] Military Occupational Specialty.

vote for when after I turned 18. When the election results came back, I was disappointed, not crushed, but disappointed. Some news made it sound unfair, and I felt that way after a while. And I heard on the news that President Trump was losing court cases and that he [00:05:00] had appointed some of the judges that ruled against him. It was very confusing.

(05:06):

In the first part of January, Dodge, Josh, and myself heard there would be a rally in DC. The three of us decided to try and go, but we didn't end up planning it very well. We had to work that morning, and I remember that after work, we went back to the barracks. I ate lunch, and myself [00:05:30] and Dodge went to Josh's on-base house and picked him up, and drove to DC. We crossed the 14th Street bridge and drove across the National Mall but the crowd was all by the Capitol [building].

(05:50):

We parked in a parking garage in the Penn Quarter area and walked south to the Capitol building. Many people were there, some watching and some yelling chants like, "Four [00:06:00] more years," and, "Make America Great Again." There were people at the top of the stairs with bullhorns giving speeches, and others in different places just yelling in a bullhorn. You couldn't understand it. It was very chaotic. The first part of the Capitol building was what I now know as the Senate side. We were at the back for a while, and the people started going in.

(06:29):

I didn't see any [00:06:30] violence like I've seen on TV and read about later. When people started going in, we went in too. It was very strange as we entered. Capitol Hill Police were standing there, not saying or doing anything. I took pictures and selfies while I was in there. I texted and talked to my mother. The one thing we did that was a joke was putting a MAGA hat on a statue and taking pictures of it. Neither I nor the other two [00:07:00] I was with did anything other than be there. We didn't yell at anyone, break anything, hurt anyone, or even pretend to do those things.

(07:12):

When we got to Quantico that evening, I heard about the real chaos on the news. We hadn't... We weren't part of any of that. Afterward, I didn't talk to people about it. I felt awful once I saw and heard on the news [00:07:30] what was happening in other parts of the Capitol. Being there was exciting for me, but it seems impulsive after the fact. I never went there to hurt anyone or be a part of hurting anyone. In March of 2021, I got married to Kerissa, who was also [00:08:00] a new Marine. In August 2021, I PCS'd[3] to Camp Pendleton, so Kerissa and I would be together, and I was assigned to 1st Radio Battalion.

(08:09):

I worked hard learning my job, acclimating to California and married life and being as good of a Marine as I could. I live in base housing, and Kerissa and I are, are building a family together and saving money. We have a dog and both of us are working hard as [00:08:30] Marines. This January, I was at work and my first sergeant stopped me when I was coming out of the head.[4] He took me to NCIS[5] and I met with NCIS and the FBI for what seemed to be like two to three hours. I explained to them everything I... that I had done. After meeting with them, I was taken to downtown San Diego, processed and released to pretrial [00:09:00] services.

(09:03):

---

[3] Permanent Change of Station - when one moves to a different duty station for a tour of duty.
[4] Restroom Facility.
[5] Naval Criminal Investigative Service

I've been compliant since January, except for missing one phone call due to a misunderstanding. Virtually, I sat with the Assistant United States Attorney who is in Eugene, Oregon, and I described everything again in a proffer session. With Mr. Stackhouse['s guidance], I was able to find additional information to help, and we shared that with the prosecutor.

(09:30):

[00:09:30] About a week later, we entered into an agreement, and that's what you have before you. I hope that the exhaustive investigation the FBI did into January 6th and of me personally (which includes over 1,000 pages of evidence, videos, and forensics on my cell phone), that if I did more than unlawfully parading in the Capitol, they would have [00:10:00] held me accountable for it.

(10:02):

...

Not [00:10:30] to minimize, I was in the wrong. I regret going to the Capitol building on January 6th. And like I will tell the judge in September at my sentencing, I'm sorry and I'm trying to make amends by my actions, not just words.

(10:51):

I'd rely on the statements provided to show you I have potential for future service but know [00:11:00] that I would love to continue my service in the Marines. Joshua and Dodge were able to re-enlist before we were arrested in different locations in January. I'd love to be able to re-enlist too, but I don't know that the CO would endorse me. In the end, if I can't re-enlist, I hope to be able to serve until the end of my contract and keep my GI Bill so I can go to school and support my family. Thank you, gentlemen.



```
                    UNITED STATES MARINE CORPS
                         1ST RADIO BATTALION
                I MARINE EXPEDITIONARY INFORMATION GROUP
                    I MARINE EXPEDITIONARY FORCE
                              BOX 555355
                      CAMP PENDLETON CA 92055-5355
```

IN REPLY REFER TO:
1000-35
SenMbr

From: Senior Member
To:   Convening Authority

Subj: ADMINISTRATIVE DISCHARGE BOARD REPORT: FINDINGS AND
      RECOMMENDATIONS IN THE CASE OF CORPORAL MICAH R. COOMER
      ███████████████ USMC

Ref:  (a) MCO 1900.16 (MARCORSEPMAN)

Encl: (1) Record of board hearing
      (2) Minority report **(if any)**

1. As directed, an administrative discharge board convened in this case to hear allegations against the respondent and to make findings and recommendations.

2. The facts and circumstances and supporting documents which are the basis for the board's findings and recommendations are in the record (enclosure (1)).

3. The senior member initialed the following findings and recommendations, all reached in closed sessions of the board, and announced the findings and recommendations at the hearing as follows:

    a. <u>FINDINGS: PREPONDERANCE OF THE EVIDENCE</u>.

       (1) The board determined by majority vote that the preponderance of the evidence--

         (a) _____ **DOES NOT** prove any of the acts or omissions alleged in the notification. (Senior member must check B1 below).

         (b) _VRN_ **PROVES <u>ALL</u>** acts or omissions alleged in the notification.

         (c) _____ **PROVES <u>ONLY</u>** the following act(s) or omission(s) alleged in the notification:

Subj: ADMINISTRATIVE DISCHARGE BOARD REPORT: FINDINGS AND RECOMMENDATIONS IN THE CASE OF CORPORAL MICAH R. COOMER ▮▮▮▮▮▮▮▮▮▮ USMC

  b. <u>RECOMMENDATIONS</u>. By majority vote, the Board recommends:

   (1) __VRN__ **RETENTION** in the Marine Corps.

   (2) _____ **SEPARATION** from the Marine Corps.

   (2) If the board recommends **SEPARATION**, it recommends the following CHARACTERIZATION:

   (a) _____ honorable.

   (b) _____ general (under honorable conditions).

   (c) _____ other than honorable

   (3) If the board recommends **SEPARATION**, it recommends the separation:

   (a) _____ **SHOULD BE** suspended.

   (b) _____ **SHOULD NOT BE** suspended.

   (c) __N/A__ suspension not authorized.

   (4) If the board recommends **SEPARATION**, the board recommends that the respondent:

   (a) __N/A__ **SHOULD BE** retained in the IRR (Individual Ready Reserve).

   (b) _____ **SHOULD NOT BE** retained in the IRR.

4. <u>PRESERVICE OR PRIOR SERVICE MATTERS</u>:

  a. __VRN__ The board did **NOT** consider such matters.

  b. _____ The board **DID** consider such matters but only on the issue of retention and NOT considered on characterization.

5. <u>MINORITY REPORT</u>:

  a. __VRN__ There is a Minority Report. (See Enclosure To Board's Report)

2

Subj: ADMINISTRATIVE DISCHARGE BOARD REPORT: FINDINGS AND RECOMMENDATIONS IN THE CASE OF CORPORAL MICAH R. COOMER ███████████, USMC

    b. _____ There is no Minority Report.

6. SIGNATURES. All members sign below

| ███████████████ | | 11 Jul 2023 |
|---|---|---|
| Print/Sign | Senior Member | Date |

| ███████████████ | | 11 July 2023 |
|---|---|---|
| Print/Sign | Member | Date |

| ███████████████ | | 11 July 2023 |
|---|---|---|
| Print/Sign | Member | Date |

3



**UNITED STATES MARINE CORPS**
I MARINE EXPEDITIONARY FORCE
BOX 555300
CAMP PENDLETON CA 92055-5300

IN REPLY REFER TO:
1910
SJA

AUG 0 9 2023

SECOND ENDORSEMENT on 1st Radio BN MIG I MEF ltr 1900 dtd 20 Jul 23

From:  Commanding General, I Marine Expeditionary Force
To:    Secretary of the Navy
Via:   Deputy Commandant, Manpower and Reserve Affairs (MMSR-2E)

Subj:  RECOMMENDATION FOR ADMINISTRATIVE DISCHARGE OF CORPORAL MICAH R. COOMER 1548689127/2651 USMC

1. Forwarded, recommending Corporal Micah R. Coomer be discharged from the United States Marine Corps pursuant to paragraphs 6307.4 and 6309.2.b of the reference with a general (under honorable conditions) characterization of service. It is my strong belief that Corporal Coomer has no potential for future military service.

2. On 11 July 2023, an administrative separation board was convened aboard Marine Corps Base Camp Pendleton to consider Corporal Coomer's case. The basis for separation was commission of a serious offense pursuant to paragraph 6210.6 of the reference, in that, on January 6, 2021, Corporal Coomer participated in a riot at the Capitol building in Washington, D.C., and unlawfully assembled with others for the purpose of rejecting the results of the presidential election. The administrative separation board determined that all acts for which Corporal Coomer was notified were substantiated by a preponderance of the evidence, but recommended retention by majority vote. There was a minority report recommending separation with an Other Than Honorable characterization of service.

3. I concur with the board's findings that there is a basis supported by a preponderance of the evidence for separating Corporal Coomer. However, I do not concur with the board's recommendation that Corporal Coomer be retained in the Marine Corps. This administrative separation package contains evidence that Corporal Coomer participated in the riot and showed no remorse in doing so. His conduct had a significant negative impact on good order and discipline. I recommend that Corporal Coomer be separated from the Marine Corps with a General under Honorable conditions characterization of service.

4. The point of contact for this matter is the I Marine Expeditionary Force Office of the Staff Judge Advocate at i_mef_sja_omb@usmc.mil or 760-763-2680.

G. W. SMITH, JR.

Copy to:
CO, I MIG



## ADMINISTRATIVE REMARKS (1070)

| DATE | DATE | DATE |
|---|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. | I have been counseled concerning SBP and fully understand the automatic enrollment and future enrollment provisions on the Plan. |
| *(Signature)* | *(Signature)* | *(Signature)* |

20230817   : I have been informed by my separation authority that I may receive a general (under honorable conditions) characterization of service upon release from active duty based on my participation in a riot held in Washington, DC, on 6 January 2021, by unlawfully assembling with others, to the number of about 10,000, whose names are unknown, for the purpose of rejecting the results of a lawful election, and in furtherance of said purpose did trespass on government property, to the terror and disturbance of the American public and Congress members, which was a basis for separation at my 11 July 2023 administrative separation board. This behavior is a significant departure from the conduct expected of a Marine and could be the basis for involuntary administrative separation in accordance with this Manual Order, paragraph (6210, 6212, 6213, 6215).

I was advised of my right to seek legal advice and to submit matters for my separation authority's consideration and that such matters may be submitted within 5 working days after acknowledgment of this notification. I wish (to) ~~not to~~ submit matters for consideration.
MRC

_____          _____
Signature of Marine                       LtGen G. W. Smith, Jr., CG, I MEF

| Coomer, Micah R. | | 1548689127 |
|---|---|---|
| | NAME (last, first, middle) | EDIPI |

NAVMC 118(11) (REV. 05-2014) (EF)
PREVIOUS EDITIONS ARE OBSOLETE                    11. _____



## ADMINISTRATIVE REMARKS (1070)

| DATE | DATE | DATE |
|---|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. | I have been counseled concerning SBP and fully understand the automatic enrollment and future enrollment provisions on the Plan. |
| *(Signature)* | *(Signature)* | *(Signature)* |

10230831 : After careful consideration of Corporal Micah R. Coomer's conduct and matters submitted for consideration, I have concluded that a general under honorable conditions characterization of service is warranted. My decision is based on the incident cited on his 17 August 2023 page 11 entry.

Signature of Marine        MajGen B. J. Gering, CG, I MEF

| Coomer, Micah R. | 1548689127 |
|---|---|
| NAME (last, first, middle) | EDIPI |

**NAVMC 118(11) (REV. 05-2014) (EF)**
PREVIOUS EDITIONS ARE OBSOLETE        11. _____