**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Criminal Case No: 1:23-cr-124-ACR**

UNITED STATES OF AMERICA,

v.

MICAH COOMER,

       Defendant.

_____/

**DEFENDANT COOMER'S SENTENCING MEMORANDUM**

**Service Record Documents Exhibit 3/C**

The following service record documents are provided:

1. Certificate of Appreciation

2. Letter of Appreciation

3. Schools Completed

1

Respectfully submitted,

*/s/ Phillip Stackhouse*

Phillip Stackhouse
DC Bar No: 993508
MilitaryDefender
Stackhouse Law Firm, Ltd (Colorado)
8910 University Center Lane, Suite 400
San Diego, CA 92122
p. 760-284-3400
f. 760-492-4100
stackhouse@militarydefender.com



# United States Marine Corps

### Certificate of Commendation

COMMANDING OFFICER

OFFICER CANDIDATES SCHOOL, QUANTICO, VIRGINIA

*takes pleasure in commending*

CORPORAL MICAH R. COOMER

UNITED STATES MARINE CORPS

*for*

SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS COMPANY CLERK, COMPANY D, OFFICER CANDIDATES SCHOOL, TRAINING COMMAND, QUANTICO, VIRGINIA, FROM JUNE 2020 TO AUGUST 2020. DURING THIS PERIOD, HE DISTINGUISHED HIMSELF BY DISPLAYING A HIGH DEGREE OF DEDICATION, ENTHUSIASM, AND ATTENTION TO DETAIL THROUGHOUT THE TRAINING CYCLE. HIS DEDICATION TO THE COMPANY, AND HIS ABILITY TO ACCOMPLISH ANY TASK RECEIVED LED TO THE SEAMLESS ADMINISTRATIVE SUPPORT FOR 206 MARINE OFFICER CANDIDATES. HIS ABILITY TO ACCOMPLISH THE MISSION DEMONSTRATED HIS OUTSTANDING WORK ETHIC AND A QUALITY OF LEADERSHIP THE MARINE CORPS STRIVES TO DEVELOP WITH ITS CORE VALUES OF HONOR, COURAGE, AND COMMITMENT. BY HIS EXCEPTIONAL PROFESSIONAL ABILITY, INITIATIVE, AND LOYAL DEDICATION TO DUTY, CORPORAL COOMER REFLECTED CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

15 AUGUST 2020

*Date*

L. M. RUSH
COLONEL, U.S. MARINE CORPS
COMMANDING



**UNITED STATES MARINE CORPS**
MARINE CORPS INFORMATION OPERATIONS CENTER
BUILDING 27404 MCB-1
QUANTICO, VIRGINIA 22134-5190

IN REPLY REFER TO:
1000-32
CO
18 Dec 20

From: Commanding Officer, Marine Corps Information Operation Center
To:   Corporal Micah R. Coomer 1548689127/2651 USMC

Subj: LETTER OF APPRECIATION

1. Cpl Coomer, I would like to take a moment to officially express my gratitude for your donating your time and effort in the setup, conduct and take down of the MCIOC Christmas potluck on 18 December 2020. Your dedication to duty and willingness to participate in this event dramatically increased the morale of the unit, which is much needed during these trying times. Thank you again!

*T. M. Manyx*

T. M. MANYX

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

### LCPL MICAH R COOMER

*Has completed*

LEADING MARINES DISTANCE EDUCATION PROGRAM

*Given through the*
*Marine Corps Distance Learning Network*
11/05/2019

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

### LCPL MICAH R COOMER

*Has completed*

Propagation of Rad Waves and Ant Const

*Given through the*
*Marine Corps Distance Learning Network*
11/12/2019

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

### LCPL MICAH R COOMER

*Has completed*

Risk Management for Private-Lance Corporal

*Given through the*
*Marine Corps Distance Learning Network*
11/12/2019

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

### LCPL  MICAH  R  COOMER

*Has completed*

Personal Financial Management

*Given through the*
*Marine Corps Distance Learning Network*
02/10/2020

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



**Completion Certificate**

*This is to certify that*

## LCPL  MICAH  R  COOMER

*Has completed*

Spelling

*Given through the*
*Marine Corps Distance Learning Network*
02/20/2020

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

### LCPL MICAH R COOMER

*Has completed*

Incidental Motor Vehicle Operator HMMWV

*Given through the*
*Marine Corps Distance Learning Network*
03/11/2020

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

## CPL  MICAH  R  COOMER

*Has completed*

Risk Management for Small Unit Leaders

*Given through the*
*Marine Corps Distance Learning Network*
11/22/2021

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

**CPL MICAH R COOMER**

*Has completed*

CORPORALS COURSE DISTANCE EDUCATION PROGRAM

*Given through the*
*Marine Corps Distance Learning Network*
07/10/2022

Semper Fidelis

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

**CPL MICAH R COOMER**

*Has completed*

Administration

*Given through the*
*Marine Corps Distance Learning Network*
09/15/2021

Semper Fidelis

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

**CPL  MICAH  R  COOMER**

*Has completed*

Communications

*Given through the*
*Marine Corps Distance Learning Network*
09/15/2021

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



**Completion Certificate**

*This is to certify that*

## CPL MICAH R COOMER

*Has completed*

Operations

*Given through the*
*Marine Corps Distance Learning Network*
09/19/2021

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

**CPL  MICAH  R  COOMER**

*Has completed*

Fire Team Operations

*Given through the*
*Marine Corps Distance Learning Network*
09/17/2021

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



**Completion Certificate**

*This is to certify that*

**CPL  MICAH  R  COOMER**

*Has completed*

Tactical Planning

*Given through the*
*Marine Corps Distance Learning Network*
07/09/2022

Semper Fidelis

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



## Completion Certificate

*This is to certify that*

**CPL  MICAH  R  COOMER**

*Has completed*

Tactical Tools

*Given through the*
*Marine Corps Distance Learning Network*
07/10/2022

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



**Completion Certificate**

*This is to certify that*

## CPL  MICAH  R  COOMER

*Has completed*

Leadership I

*Given through the*
*Marine Corps Distance Learning Network*
09/20/2021

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



**Completion Certificate**

*This is to certify that*

## CPL MICAH R COOMER

*Has completed*

Leadership II

*Given through the*
*Marine Corps Distance Learning Network*
07/10/2022

Semper Fidelis

*[signature]*

T.K. Kerrigan
Director
College of Distance Education and Training