UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 23-CR-00124-ACR

UNITED STATES OF AMERICA,

vs.

MICAH COOMER
Defendant.
_____/

MOTION FOR EARLY TERMINATION OF PROBATION

I. **INTRODUCTION**:

Defendant Micah Coomer was sentenced on September 12, 2023. He has been on probation for just over one year and has done exceptionally well, including completing his community service of 279 hours at a veteran nonprofit organization. As such, Mr. Coomer respectfully moves this Court for an order terminating his probation. Counsel for Mr. Coomer contacted or attempted to contact AUSA Madison Mumma, AUSA Joseph Huynh, USPO Sydney Shepard (San Diego), USPO Chad Ulman (Noblesville, Indiana), and USPO Oscar Maravilla (DC) to see if there is any objection.

AUSA Mumma indicated she would defer to probation and the court. AUSA Huynh is no longer on the detail. USPO Ulman was just assigned Mr. Coomer, as Mr. Coomer is back home again in Indiana after his wife also completed her tour of duty in the U.S. Marine Corps. USPO Ulman did not have an opinion either way due to the lack of contact. USPO Shepard had no objection. I spoke to USPO Maravilla, who indicated that the DC U.S. Probation Office would have a standard response in the line of "January 6" cases.

II. **MOTION**

A. **Law**

"The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction…if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18. U.S.C. Section 3564(c).

B. **Analysis**

On January 17, 2023, a criminal complaint was signed alleging violations of:

1. 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
2. 18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds
3. 40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building
4. 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

After very short and prompt negotiations, on April 14, 2023, a one-count information was filed with the court alleging a violation of:

1. 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

On May 17, 2023, the defendant was arraigned upon and pleaded guilty to 18 U.S.C. § 1752(a)(1).

On September 12, 2023, the defendant was sentenced for violating 18 U.S.C. § 1752(a)(1). The sentence included probation for a term of four (4) years. Additional probation terms included 279 hours of community service that was required within four years of probation. Additionally, the court noted that if the defendant completed the community service requirement before the four years, the defendant could move the court to end his probation early. The court also imposed an assessment and restitution, both of which have paid.

Mr. Coomer has completed 279 hours of community service at The Veterans Association of North County in Oceanside, California. Counsel verified this via USPO Ulman, who verified it via the letter of continuity received by USPO Shepard. Based upon information and belief, Mr. Coomer has been compliant in all aspects of his post-trial conditions.

C. **Conclusion**

It is respectfully requested that Mr. Coomer's probation be terminated. Absent the court's needs and to the extent allowed, Mr. Coomer submits on the record and asks the Court to decide this motion on the record. Mr. Coomer is not requesting a formal hearing unless required by this Court.

Dated: Sep 19, 2024

/s/ Phillip Stackhouse
Phillip Stackhouse
DC State Bar #: 993508
Stackhouse Law Firm, Ltd.
8910 University Center Lane Suite 400
San Diego, CA 92122
Telephone: (760) 284-3400
Facsimile: (760) 932-4100
E-mail: stackhouse@militarydefender.com
Counsel for the Defendant

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the Clerk of Court and that all counsel of record received notice.

Dated: Sep 19, 2024

By:

/s/ Phillip Stackhouse
Phillip Stackhouse
NC State Bar #: 36088
Stackhouse Law Firm, Ltd.
8910 University Center Lane
Suite 400
San Diego, CA 92122
Telephone: (760) 284-3400
Facsimile: (760) 932-4100
E-mail: stackhouse@militarydefender.com
Counsel for the Defendant